**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Minshew Brothers Steel Construction, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-0501548** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12578 Vigilante Road**<br>**Lakeside, CA 92040**<br>Number, Street, City, State & ZIP Code | **PO Box 1000**<br>**Lakeside, CA 92040**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor **Minshew Brothers Steel Construction, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Minshew Brothers Steel Construction, Inc.**                                    Case number (*if known*) _____
            Name

**10. Are any bankruptcy cases** ■ No
     **pending or being filed by a** □ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,   Debtor _____                Relationship _____
attach a separate list            District _____ When _____        Case number, if known _____

**11. Why is the case filed in**    *Check all that apply:*
     *this district?*
                                   ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   □   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
     **have possession of any**      □ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                             □ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                 What is the hazard? _____

                                             □ It needs to be physically secured or protected from the weather.

                                             □ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                             □ Other _____

                                             **Where is the property?** _____
                                                                        Number, Street, City, State & ZIP Code

                                             **Is the property insured?**

                                             □ No

                                             □ Yes.    Insurance agency _____
                                                       Contact name _____
                                                       Phone _____

**▮ Statistical and administrative information**

**13. Debtor's estimation of**      *Check one:*
     **available funds**
                                   □ Funds will be available for distribution to unsecured creditors.

                                   ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | □ 1-49 | □ 1,000-5,000 | □ 25,001-50,000 |
|---|---|---|---|
| | □ 50-99 | □ 5001-10,000 | □ 50,001-100,000 |
| | ■ 100-199 | □ 10,001-25,000 | □ More than100,000 |
| | □ 200-999 | | |

| **15. Estimated Assets** | □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
|---|---|---|---|
| | □ $50,001 - $100,000 | □ $10,000,001 - $50 million | □ $1,000,000,001 - $10 billion |
| | □ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| | □ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

| **16. Estimated liabilities** | □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
|---|---|---|---|

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

Debtor   **Minshew Brothers Steel Construction, Inc.**
Name

Case number (*if known*) _____

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than  $50 billion

Debtor    **Minshew Brothers Steel Construction, Inc.**    Case number *(if known)*
Name

 **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08 / 06 / 2023
               MM / DD / YYYY

X _____    **Brian Johnson**
Signature of authorized representative of debtor    Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**    X _____    Date 08 / 08 / 2023
Signature of attorney for debtor    MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**    Email address    **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Minshew Brothers Steel Construction, Inc.**

United States Bankruptcy Court for the    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/8/2023    X _____
Signature of individual signing on behalf of debtor

**Brian Johnson**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arrow Rebar Services 641 State Bank Colony Second Class Capital Tower 3rd Fl. Salem 636004, Tamilnadu, India** | | **Vendor** | | | | $40,533.53 |
| **Asbury Steel Inc. 9102 Birch Street Spring Valley, CA 91977** | | **Vendor** | | | | $91,849.00 |
| **Brown Strauss Stell 3727 W. Lower Buckeye Rd. Phoenix, AZ 85009** | | **Vendor** | | | | $54,836.59 |
| **BuildersMax 1207 N. East Street Anaheim, CA 92805** | | **Vendor** | | | | $80,001.03 |
| **CMC Steel Fabricators Inc. c/o Anita Chu, Esq. 1700 S. El Camino Real Ste. 150 San Mateo, CA 94402** | | **Pending lawsuit for breach of contract, common count, goods delivered, and quantum meruit** | | | | $214,563.71 |
| **Crest Steel 6580 General Rd. Riverside, CA 92509** | | **Vendor** | | | | $43,995.64 |
| **Division 5 Engineering, LLC 19591 Ranch Estates Dr. New Caney, TX 77357** | | **Vendor** | | | | $47,210.00 |

| Debtor | Minshew Brothers Steel Construction, Inc. | | | Case number *(if known)* | | |
|--------|-------------------------------------------|--|--|--|--|--|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forward Financial LLC** 53 State St. Fl 20 Boston, MA 02109 | | All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether an | | $119,025.00 | $0.00 | $119,025.00 |
| **Fox Capital Group LLC** 641 Kingston Rd. ON L1V3N7 | | Loan | | | | $223,500.00 |
| **Harris Supply Solutions** 3497 Solutions Center Chicago, IL 60677 | | Vendor | | | | $55,464.36 |
| **InteRebar Fabricators** 10800 Biscayne Blvd., Ste. 870 Miami, FL 33161 | | Material | | | | $102,116.90 |
| **Minshew Brothers Land Company** PO Box 1000 Lakeside, CA 92040 | | Unpaid rent | | | | $84,000.00 |
| **Otay Mesaj Sales Inc.** 1596 Radar Rd. San Diego, CA 92154 | | Equipment rental | | | | $71,418.44 |
| **Penske Truck Leasing Co.** 4285 Camino Del Rio S. San Diego, CA 92108 | | 2019 International MV 607 SADC Flatbed Morgan Steel. Monthly payment $1,430.32. Lease for a 60-month term. | | $101,246.00 | $0.00 | $101,246.00 |
| **Penske Truck Leasing Co.** 4285 Camino Del Rio S. San Diego, CA 92108 | | 2023 International Glassic MV 607 SADC Flatbeed Morgan Steel with a 2022 Morgan Flatbed MHP forklift. Monthly payment $1,690.00. Lease is for a 48-mon | | $97,087.00 | $0.00 | $97,087.00 |

| Debtor | Minshew Brothers Steel Construction, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rebound Capital Group 344 Grove St., Unit 942 Jersey City, NJ 07302 | | Merchant Cash Advance | | | | $112,000.00 |
| SC Structural Steel Detaling 4750 Marblehead Bay Dr. Oceanside, CA 92057 | | Services | | | | $85,305.00 |
| Sharp Health Plan 8520 Tech Way, Ste. 200 San Diego, CA 92123 | | Health premium | | | | $59,015.44 |
| Tree Island Wire Inc. 5080 Hallmark Pkwy San Bernardino, CA 92407 | | Vendor | | | | $63,867.13 |
| West Coast Iron, Inc. 9302 Jamacha Rd. Spring Valley, CA 91977 | | Subcontractors | | | | $76,138.70 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................ $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................ $      2,338,022.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................................. $      2,338,022.55

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      5,307,461.73

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      2,028,050.19

4. **Total liabilities** ......................................................................................................................................
   Lines 2 + 3a + 3b      $      7,335,511.92

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **California Bank & Trust** | **General account** | **4701** | $0.00 |
| 3.2. | **California Bank & Trust** | **Payroll account** | **3901** | $9,478.00 |

| **4.** | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| **5.** | **Total of Part 1.** | $9,478.00 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| **11.** | **Accounts receivable** |
|---|---|

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 2,094,380.73 | - | 0.00 | = .... | $2,094,380.73 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 185,927.64 | - | 92,963.82 | =.... | $92,963.82 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $2,187,344.55 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements** | | **$0.00** | | **Unknown** |

| 23. | **Total of Part 5.** | $0.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No

Debtor    **Minshew Brothers Steel Construction, Inc.**                Case number *(If known)* _____
Name

☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Bizhub Refurbished 458 Copier/Printer. Leased with Konica Minolta Business Solutions U.S.A. Inc.  Monthly payments are $212.00. | Unknown | | $1,200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $1,200.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Ford F450, Monthly payment $815.00. The vehicle is financed with Ford Motor Credit** | Unknown | | $35,000.00 |

Debtor   **Minshew Brothers Steel Construction, Inc.**                      Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2020 Ford F350, 1FDRF3G6XLED41989. Monthly payment $506.65. The vehicle is financed with Ford Motor Credit** | Unknown | | $25,000.00 |
| 47.3. | **2019 International MV 607 SADC Flatbed Morgan Steel. Monthly payment $1,430.32. Lease for a 60-month term.** | Unknown | | $0.00 |
| 47.4. | **2023 International Glassic MV 607 SADC Flatbed Morgan Steel with a 2022 Morgan Flatbed MHP forklift. Monthly payment $1,690.00. Lease is for a 48-month period.** | Unknown | | $0.00 |
| 47.5. | **2012 Ford F150. The vehicle is paid in full** | Unknown | | $5,000.00 |
| 47.6. | **2014 Chevy Utility Truck with 134,351 miles. The vehicle is in fair condition and it is paid in full** | Unknown | | $8,500.00 |
| 47.7. | **2013 Nissan Titan. The vehicle is in fair condition and it is paid in full** | Unknown | | $8,500.00 |
| 47.8. | **2019 Ford 150 with 72,463 miles. The vehicle is in fair condition and it is paid in full** | Unknown | | $18,000.00 |
| 47.9. | **2020 F350 flat bed truck with 55,000 miles. The vehicle is in fair condition and it is paid in full** | Unknown | | $30,000.00 |
| 47.10. | **2013 Chevy utility truck with 310,000 miles. The vehicle is in poor condition and it is paid in full** | Unknown | | $5,000.00 |
| 47.11. | **2005 Ford F150 with 301,855 miles. The vehicle is in poor condition and it is paid in full** | Unknown | | $5,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                    | $140,000.00 |
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number (If known) _____
              Name

    ☑ No
    ☐ Yes

53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

a. Month to month land lease agreement with Ennis Family Realty, LLC for a monthly rent of $3,926.00 per month for property located at 12535 Vigilante Rd., Lakeside, CA 92040. There is no formal written agreement

b. Month to month rental agreement with Minshew Brothers Land Company with a monthly rent of $12,000.00 for property located at 12578 Vigilante Rd., Lakeside, CA 92040.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| **City of San Diego - Certificate of Payment of Business Tax #B1991006806** | $0.00 | | $0.00 |
| **Contractor's State License Board #677945. Active and in good standing.** | $0.00 | | $0.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.**                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☑ No
    ☐ Yes

68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☑ No
    ☐ Yes

69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☑ No

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number *(if known)* _____
_____
Name

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Minshew Brothers Steel Construction, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,478.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,187,344.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,338,022.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,338,022.55 |

**Fill in this information to identify the case:**

Debtor name **Minshew Brothers Steel Construction, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **CDTFA** | Describe debtor's property that is subject to a lien | $439,963.00 | **Unknown** |

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**PO Box 942879**
**Sacramento, CA 94279**

Creditor's mailing address

Describe the lien
**UCC Financing**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**9/8/2022**

Last 4 digits of account number
**2635**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

1. IRS
2. IRS
3. IRS
4. IRS
5. IRS
6. IRS
7. IRS
8. National Funding
9. Fox Capital Group LLC
10. Suncoast Post-Tension
11. CDTFA
12. IRS
13. IRS
14. EDD
15. Velocity Capital Group
16. IRS

Debtor    **Minshew Brothers Steel Construction, Inc.**                          Case number (if known) _____
_____
Name

| 2.2 | **EDD** | Describe debtor's property that is subject to a lien | $214,759.01 | Unknown |
|---|---|---|---|---|

Creditor's Name

All inventory; Chattel Paper; Accounts,
including but not limited to all Receivables,
Equipment, General Intangibles; Furniture;
Fixtures; whether any of the foregoing is
owned now or acquired later; all accessions,
additions, replacements

**Lien Group, MIC 92G**
**PO Box 826880**
**Sacramento, CA 94280**

Creditor's mailing address

Describe the lien
**State Tax Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/24/2023**
Last 4 digits of account number
**6319**

Do multiple creditors have an
interest in the same property?
☐ No

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

---

| 2.3 | **Ford Credit** | Describe debtor's property that is subject to a lien | $19,662.14 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Ford F450, Monthly payment $815.00.
The vehicle is financed with Ford Motor
Credit

**PO Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien
**Auto loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6686**

Do multiple creditors have an
interest in the same property?
■ No

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Ford Credit** | Describe debtor's property that is subject to a lien | $12,649.43 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

2020 Ford F350, 1FDRF3G6XLED41989.
Monthly payment $506.65. The vehicle is
financed with Ford Motor Credit

**PO Box 552679**
**Detroit, MI 48255**

Creditor's mailing address

Describe the lien
**Auto loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number (if known) _____
           Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1627**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Forward Financial LLC** | | **$119,025.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**53 State St. Fl 20**
**Boston, MA 02109**

Creditor's mailing address

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**7/10/2023**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9747**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Fox Capital Group LLC** | | **$350,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**641 Kingston Rd.**
**ON L1V3N7,,**

Creditor's mailing address

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**3/24/2022**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5233**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Minshew Brothers Steel Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | **IRS** | | Describe debtor's property that is subject to a lien | **$1,381,820.00** | **Unknown** |
|---|---|---|---|---|---|

**IRS**
Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/10/2023**
Last 4 digits of account number
**4723**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.8 | **IRS** | | Describe debtor's property that is subject to a lien | **$190,475.25** | **Unknown** |
|---|---|---|---|---|---|

**IRS**
Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/24/2021**
Last 4 digits of account number
**5119**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.9 | **IRS** | | Describe debtor's property that is subject to a lien | **$216,346.26** | **Unknown** |
|---|---|---|---|---|---|

**IRS**
Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101

Describe debtor's property that is subject to a lien
**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

Debtor    **Minshew Brothers Steel Construction, Inc.**                                    Case number (if known)
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC Financing**<br>Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? |
| **Date debt was incurred**<br>**4/28/2023** | ■ No |
| **Last 4 digits of account number**<br>**3433** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No | **As of the petition filing date, the claim is:**<br>Check all that apply |
| | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.10 | | | |
|---|---|---|---|
| **IRS** | Describe debtor's property that is subject to a lien | **$211,223.17** | **Unknown** |
| Creditor's Name | **All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements** | | |
| **P.O. Box 7346**<br>**Philadelphia, PA 19101** | | | |
| Creditor's mailing address | **Describe the lien**<br>**UCC Financing**<br>Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**7/5/2013** | ■ No | | |
| **Last 4 digits of account number**<br>**3744** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| **Specified on line 2.1** | ☐ Disputed | | |

---

| 2.11 | | | |
|---|---|---|---|
| **IRS** | Describe debtor's property that is subject to a lien | **$322,501.90** | **Unknown** |
| Creditor's Name | **All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements** | | |
| **P.O. Box 7346**<br>**Philadelphia, PA 19101** | | | |
| Creditor's mailing address | **Describe the lien**<br>**UCC Financing**<br>Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number (if known) _____
       Name

7/14/2021
**Last 4 digits of account number**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**8322**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 2 | **IRS** | Describe debtor's property that is subject to a lien | **$152,007.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**UCC Financing**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**10/01/2013**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7514**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 3 | **IRS** | Describe debtor's property that is subject to a lien | **$870,427.32** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**UCC Financing**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**11/8/2021**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**9732**

**Do multiple creditors have an interest in the same property?**                    **As of the petition filing date, the claim is:** Check all that apply

---

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number (if known) _____

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 4 | **IRS** | Describe debtor's property that is subject to a lien | **$43,598.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien
**UCC Financing**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/27/2021**
Last 4 digits of account number
**6626**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its priority
**Specified on line 2.1**

---

| 2.1 5 | **IRS** | Describe debtor's property that is subject to a lien | **$21,097.33** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien
**Tax lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/14/2021**
Last 4 digits of account number
**8432**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 7 of 11

| Debtor | Minshew Brothers Steel Construction, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.1 6 | **IRS** | Describe debtor's property that is subject to a lien | $246,889.77 | Unknown |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien
**Tax lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**10/7/2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2230**

Do multiple creditors have an interest in the same property?
☐ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

| 2.1 7 | **Konica Minolta** | Describe debtor's property that is subject to a lien | $4,166.00 | $1,200.00 |
|---|---|---|---|---|

Creditor's Name

**Bizhub Refurbished 458 Copier/Printer. Leased with Konica Minolta Business Solutions U.S.A. Inc.  Monthly payments are $212.00.**

**101 Williams Dr.**
**Ramsey, NJ 07446**
Creditor's mailing address

Describe the lien
**Copier lease**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**8/20/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5000**

Do multiple creditors have an interest in the same property?
■ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.1 8 | **National Funding** | Describe debtor's property that is subject to a lien | $250,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**All inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements**

**9530 Towne Centre D.**
**San Diego, CA 92121**
Creditor's mailing address

Describe the lien

Debtor  **Minshew Brothers Steel Construction, Inc.**
        Name                                                          Case number (if known) _____

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/1/2022**

**Last 4 digits of account number**
**3624**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Penske Truck Leasing Co.** | **Describe debtor's property that is subject to a lien**<br>**2019 International MV 607 SADC Flatbed Morgan Steel. Monthly payment $1,430.32. Lease for a 60-month term.** | **$101,246.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4285 Camino Del Rio S.
San Diego, CA 92108**

Creditor's mailing address

**Describe the lien**
**Vehicle Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**8/3/2018**

**Last 4 digits of account number**
**1803**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Penske Truck Leasing Co.** | **Describe debtor's property that is subject to a lien**<br>**2023 International Glassic MV 607 SADC Flatbeed Morgan Steel with a 2022 Morgan Flatbed MHP forklift. Monthly payment $1,690.00. Lease is for a 48-month period.** | **$97,087.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4285 Camino Del Rio S.
San Diego, CA 92108**

Creditor's mailing address

**Describe the lien**
**Vehicle lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**10/14/2021**

**Last 4 digits of account number**
**2105**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 11

Debtor   **Minshew Brothers Steel Construction, Inc.**                    Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Suncoast Post-Tension** | | | $42,518.15 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
All inventory; Chattel Paper; Accounts,
including but not limited to all Receivables,
Equipment, General Intangibles; Furniture;
Fixtures; whether any of the foregoing is
owned now or acquired later; all accessions,
additions, replacements

**509 N. Sam Houston Pkwy
E Ste. 400
Houston, TX 77060**
Creditor's mailing address

**Describe the lien**
**Mechanics Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/25/2022**
**Last 4 digits of account number**
**9609**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Velocity Capital Group** | | | $0.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
All inventory; Chattel Paper; Accounts,
including but not limited to all Receivables,
Equipment, General Intangibles; Furniture;
Fixtures; whether any of the foregoing is
owned now or acquired later; all accessions,
additions, replacements

**333 Peasall Ave
Cedarhurst, NY 11516**
Creditor's mailing address

**Describe the lien**
**UCC Financing**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/21/2023**
**Last 4 digits of account number**
**6414**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$5,307,461.7**

| Debtor | Minshew Brothers Steel Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | **3** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC**<br>**2710 Gateway Oaks Dr., Ste. 150N**<br>**Sacramento, CA 95833** | Line **2.5** | |
| **CT Corporation System**<br>**390 N. Brand Blvd., Ste. 700**<br>**Glendale, CA 91203** | Line **2.6** | |
| **EDD**<br>**722 Capitol Mall**<br>**Sacramento, CA 95814** | Line **2.2** | |
| **Employee Development Departmen**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | Line **2.2** | |
| **Suncoast Post-Tension**<br>**16825 Northchase Dr., #1100**<br>**Houston, TX 77060** | Line **2.21** | |
| **Velocity Capital Group**<br>**c/o Tucker, Albin & Asso. Inc**<br>**1702 N. Collins Bl. Ste 100**<br>**Richardson, TX 75080** | Line **2.22** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **Franchise Tax Board Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred **n/a** | Basis for the claim: **Listed as a precaution** | | |
| | Last 4 digits of account number **1548** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address **A & D Logistics, Inc. PO Box 2698 El Cajon, CA 92021** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$15,165.00** |
| | Date(s) debt was incurred **6/12/2023** Last 4 digits of account number **7724** | Basis for the claim: **Vendor** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address **Advance Air & Vacum 1685 N. Marshall Ave El Cajon, CA 92020** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,215.63** |
| | Date(s) debt was incurred **1/30/2023** Last 4 digits of account number **6832** | Basis for the claim: **Vendor** Is the claim subject to offset? ■ No ☐ Yes | |

24271

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number (if known) | |
|--------|-----------------------------------------------|-------------------------|--|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00**

**Advance Industrial Solutions**
**48 Maxwell**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **AR0001495**

Last 4 digits of account number  **2023**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,014.20**

**Airgas USA**
**1192 Pioneer Way**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2023**

Last 4 digits of account number  **2616**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689.56**

**AirSupply Tools Inc. dba Jeyco**
**7544 Trade Street**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/2023**

Last 4 digits of account number  **3095**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,659.82**

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2023**

Last 4 digits of account number  **1009**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,570.51**

**Applied Systems Associates**
**5270 Logan Ferry Rd.**
**Murrysville, PA 15668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2022**

Last 4 digits of account number  **8901**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,006.79**

**ARC Imaging Resources**
**PO Box 155**
**616 Monterey Pass Rd**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2023**

Last 4 digits of account number  **0935**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,533.53**

**Arrow Rebar Services**
**641 State Bank Colony Second Class**
**Capital Tower 3rd Fl.**
**Salem 636004, Tamilnadu, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  **035A**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Minshew Brothers Steel Construction, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,849.00** |
|---|---|---|---|

**Asbury Steel Inc.**
**9102 Birch Street**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0201**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,601.26** |
|---|---|---|---|

**Atlas Construction Suply, Inc.**
**4640 Brinell St.**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9950**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,094.65** |
|---|---|---|---|

**Blue Star Steel Inc.**
**12122 Industry Rd.**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6206**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,713.75** |
|---|---|---|---|

**Bob Turner's Crane Services Inc.**
**12101 Highway 67**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7760**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,817.18** |
|---|---|---|---|

**Borrmann Metal Center**
**110 West Olive Ave**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4759**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,858.85** |
|---|---|---|---|

**Bristol Machine Co.**
**10950 Arrow RTE #4375**
**Rancho Cucamonga, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5608**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,836.59** |
|---|---|---|---|

**Brown Strauss Stell**
**3727 W. Lower Buckeye Rd.**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7256**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Minshew Brothers Steel Construction, Inc.**                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,001.03** |

**BuildersMax**
**1207 N. East Street**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2023
Last 4 digits of account number  4821

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,049.45** |

**Carroll Busniess Supply**
**PO Box 1425**
**El Cajon, CA 92022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/21/2023
Last 4 digits of account number  2360

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Casa de las Campanas**
**c/o Ryan Carvalho & Retz LLP**
**8889 Rio San Diego Dr. Ste 368**
**San Diego, CA 92108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2023
Last 4 digits of account number  1114

Basis for the claim:  **pending claim with American Arbitration Association in the matter of Casa de las Campanas, Inc. vs. DPR Construction, et al., Reference No.: 01-23-0000-3114**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.67** |

**Cascade Steel Rolling Mills**
**PO Box #50530**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/20/2023
Last 4 digits of account number  5023

Basis for the claim:  **Vendor - Listed as a precaution**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,194.90** |

**CCC Steel Inc.**
**2576 E. Victoria St.**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/26/2023
Last 4 digits of account number  9599

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |

**Cement Cutting Inc.**
**3610 Hancock St.**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/2023
Last 4 digits of account number  7017

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,455.77** |

**Cintas Corp**
**PO Box 29059**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/2023
Last 4 digits of account number  5663

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,930.41 |
|---|---|---|---|

**CMC Metalworks Inc.**
**PO Box 1625**
**Spring Valley, CA 91979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5774**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,571.00 |
|---|---|---|---|

**CMC Rebar**
**1455 Auto Center Dr. Ste. 200**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/27/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9763**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214,563.71 |
|---|---|---|---|

**CMC Steel Fabricators Inc.**
**c/o Anita Chu, Esq.**
**1700 S. El Camino Real Ste. 150**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2011**

Basis for the claim:  **Pending lawsuit for breach of contract, common count, goods delivered, and quantum meruit**

Last 4 digits of account number  **CCTL**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coastal Environment Rights**
**aka CERF**
**1140 S. Coast Hwy 101**
**Encinitas, CA 92024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/15/2016**

Basis for the claim:  **intent to file a lawsuit under Clean Water Act re construction of facility located at 12578 Vigilante Road, Lakeside, CA 92040.**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.50 |
|---|---|---|---|

**Concentra Health Centers**
**PO Box 3700**
**Rancho Cucamonga, CA 91729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/2023**

Basis for the claim:  **Medical bill**

Last 4 digits of account number  **6911**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,063.05 |
|---|---|---|---|

**Construction Notices Services**
**9520 Padgett St. #208**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1555**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,586.85 |
|---|---|---|---|

**County Motor Parts**
**1597 N Johnson**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Parts**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Minshew Brothers Steel Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.31** Nonpriority creditor's name and mailing address
**Crest Steel**
6580 General Rd.
Riverside, CA 92509

Date(s) debt was incurred  4/7/2023
Last 4 digits of account number  0893

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$43,995.64

---

**3.32** Nonpriority creditor's name and mailing address
**Diamond Environmental Services**
807 E. Mission Rd.
San Marcos, CA 92069

Date(s) debt was incurred  4/24/2023
Last 4 digits of account number  9037

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Solid waste services**

Is the claim subject to offset? ☐ No ☐ Yes

$2,265.96

---

**3.33** Nonpriority creditor's name and mailing address
**Discount Tire**
9750 Mission Gorge Rd.
Santee, CA 92071

Date(s) debt was incurred  11/2/2022
Last 4 digits of account number  4926

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tires**

Is the claim subject to offset? ■ No ☐ Yes

$2,388.39

---

**3.34** Nonpriority creditor's name and mailing address
**Division 5 Engineering, LLC**
19591 Ranch Estates Dr.
New Caney, TX 77357

Date(s) debt was incurred  8/30/2022
Last 4 digits of account number  1449

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$47,210.00

---

**3.35** Nonpriority creditor's name and mailing address
**DMV**
PO Box 942897
Sacramento, CA 94297

Date(s) debt was incurred  5/31/2023
Last 4 digits of account number  21Z2

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle Registration Renewal**

Is the claim subject to offset? ■ No ☐ Yes

$573.00

---

**3.36** Nonpriority creditor's name and mailing address
**EDCO Disposal Corp**
6670 Federal Blvd.
Lemon Grove, CA 91945

Date(s) debt was incurred  6/1/2023
Last 4 digits of account number  1999

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Disposal**

Is the claim subject to offset? ■ No ☐ Yes

$576.16

---

**3.37** Nonpriority creditor's name and mailing address
**Ennis Family Realty, LLC**
PO Box 1799
Lakeside, CA 92040

Date(s) debt was incurred  5/1/2023
Last 4 digits of account number  0613

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Land lease. Monthly rent $3,926.00. Property address located at**

Is the claim subject to offset? ■ No ☐ Yes

$19,634.00

---

| Debtor | **Minshew Brothers Steel Construction, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|---|
| | **Enviromatrix Analyticall** | ☐ Contingent | |
| | **3440 El Cajon** | ☐ Unliquidated | |
| | **San Diego, CA 92104** | ☐ Disputed | |
| | Date(s) debt was incurred  **3/30/2023** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **1037** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,808.31 |
|---|---|---|---|
| | **ERICO International Corp.** | ☐ Contingent | |
| | **3138 Paysphere** | ☐ Unliquidated | |
| | **Chicago, IL 60674** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/23/2023** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **6038** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223,500.00 |
|---|---|---|---|
| | **Fox Capital Group LLC** | ☐ Contingent | |
| | **641 Kingston Rd.** | ☐ Unliquidated | |
| | **ON L1V3N7** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/1/2022** | Basis for the claim:  **Loan** | |
| | Last 4 digits of account number  **7450** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,857.45 |
|---|---|---|---|
| | **Grating Pacific Inc.** | ☐ Contingent | |
| | **3651 Sausalito St** | ☐ Unliquidated | |
| | **Los Alamitos, CA 90720** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/18/2023** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **9749** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,464.36 |
|---|---|---|---|
| | **Harris Supply Solutions** | ☐ Contingent | |
| | **3497 Solutions Center** | ☐ Unliquidated | |
| | **Chicago, IL 60677** | ☐ Disputed | |
| | Date(s) debt was incurred  **3/13/2023** | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **9935** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $935.44 |
|---|---|---|---|
| | **Hilti Inc.** | ☐ Contingent | |
| | **PO Box 21448** | ☐ Unliquidated | |
| | **Tulsa, OK 74121** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/1/2023** | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  **9166** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,944.18 |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | **Dept 32 - 2014717239** | ☐ Unliquidated | |
| | **PO Box 9001030** | ☐ Disputed | |
| | **Louisville, KY 40290** | | |
| | Date(s) debt was incurred  **4/28/2023** | Basis for the claim:  **Charge card** | |
| | Last 4 digits of account number  **7239** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Minshew Brothers Steel Construction, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,271.01 |
|---|---|---|---|
| | **Industrial Metal Supply**<br>**8300 San Fernando Rd.**<br>**Sun Valley, CA 91352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/30/2023 | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  9369 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,509.05 |
|---|---|---|---|
| | **Infinity Metals Inc.**<br>**600 E. Lambert Rd**<br>**La Habra, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  n/a | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,116.90 |
|---|---|---|---|
| | **InteRebar Fabricators**<br>**10800 Biscayne Blvd., Ste. 870**<br>**Miami, FL 33161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/9/2023 | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  2522 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,161.49 |
|---|---|---|---|
| | **Intsel Steel West**<br>**13338 Napa Street**<br>**Fontana, CA 92335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/13/2023 | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  2672 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.50 |
|---|---|---|---|
| | **Isolved Benefit Services**<br>**PO Box 889**<br>**Coldwater, MI 49036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/8/2023 | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  8753 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | **Jeff Highhouse**<br>**17930 Valle De Lobo Drive**<br>**Poway, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  1039 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $558.06 |
|---|---|---|---|
| | **Konica Minolta**<br>**PO Box 100706**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/27/2023 | Basis for the claim:  **Equipment** | |
| | Last 4 digits of account number  9190 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Kyle M. Lambie**
**29243 N. 119th Lane**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/24/2023**

Basis for the claim: **Vendor**

Last 4 digits of account number **2301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.66** |
|---|---|---|---|

**Lakeside Water District**
**10375 Vine Street**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/18/2023**

Basis for the claim: **Utility bill**

Last 4 digits of account number **0545**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$964.65** |
|---|---|---|---|

**LeJune Bold Company**
**3500 West Highway 13**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/17/2023**

Basis for the claim: **Material**

Last 4 digits of account number **0874**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,771.53** |
|---|---|---|---|

**Matheson Cylinder Rental**
**635 Anita St.**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/31/2023**

Basis for the claim: **Equipment**

Last 4 digits of account number **0202**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.91** |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/26/2023**

Basis for the claim: **Tools**

Last 4 digits of account number **1664**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,755.92** |
|---|---|---|---|

**McNichols**
**PO Box 779248**
**Chicago, IL 60677-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2023**

Basis for the claim: **Supplies**

Last 4 digits of account number **7748**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Minshew Brothers Steel Construction, Inc.**                                Case number (if known) _____

_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $84,000.00 |
|---|---|---|---|

**Minshew Brothers Land Company**
**PO Box 1000**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2002

Basis for the claim:  **Unpaid rent**

Last 4 digits of account number  n/a

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

**MiraCosta CCD Capital**
**Attn: Adam Voll**
**1 Barnard Dr., Bldg T120**
**Oceanside, CA 92056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/13/2023

Basis for the claim:  **Unfinished project. Listed as a precaution**

Last 4 digits of account number  n/a

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $14,621.92 |
|---|---|---|---|

**Mobile Mini Solutions**
**4646 E. Van Buren St.**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2023

Basis for the claim:  **Materials**

Last 4 digits of account number  8195

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $545.15 |
|---|---|---|---|

**National Document Solutions**
**PO Box 60124**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/16/2023

Basis for the claim:  **Material**

Last 4 digits of account number  8149

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $10,520.01 |
|---|---|---|---|

**Nucor Harris Rebar Southwest**
**12751 Vilante Rd.**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/2023

Basis for the claim:  **Material**

Last 4 digits of account number  748U

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,250.00 |
|---|---|---|---|

**Orion Structural Engineering Inc.**
**11305 Rancho Bernardo Rd. Ste. 121**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  0441

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $407.87 |
|---|---|---|---|

**Orkin**
**3944 Murphy Canyon Dr. Ste. C103**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/17/2023

Basis for the claim:  **Services**

Last 4 digits of account number  5793

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Minshew Brothers Steel Construction, Inc.**                          Case number (if known) _____
_____
Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,418.44 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**3.66**  Nonpriority creditor's name and mailing address
**Otay Mesaj Sales Inc.**
**1596 Radar Rd.**
**San Diego, CA 92154**

Date(s) debt was incurred   _1/5/2023_
Last 4 digits of account number   _74B1_

As of the petition filing date, the claim is: *Check all that apply.*   **$71,418.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Equipment rental_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.67**  Nonpriority creditor's name and mailing address
**Pacific Rigging Loft Inc.**
**1694 Main St.**
**San Diego, CA 92113**

Date(s) debt was incurred   _11/29/2022_
Last 4 digits of account number   _0016_

As of the petition filing date, the claim is: *Check all that apply.*   **$1,446.37**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Supplies_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.68**  Nonpriority creditor's name and mailing address
**Phillips 66 Co/SYNCB**
**PO Box 669824**
**Dallas, TX 75266**

Date(s) debt was incurred   _5/2023_
Last 4 digits of account number   _1821_

As of the petition filing date, the claim is: *Check all that apply.*   **$524.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Credit card_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.69**  Nonpriority creditor's name and mailing address
**Plavan Fleet**
**6390 Greenwich Dr. #200**
**San Diego, CA 92122**

Date(s) debt was incurred   _2023_
Last 4 digits of account number   _n/a_

As of the petition filing date, the claim is: *Check all that apply.*   **$2,079.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Fuel_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.70**  Nonpriority creditor's name and mailing address
**Quality Steel Fabricators, Inc.**
**13275 Gregg St.**
**Poway, CA 92064**

Date(s) debt was incurred   _5/15/2023_
Last 4 digits of account number   _9136_

As of the petition filing date, the claim is: *Check all that apply.*   **$1,976.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Material_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.71**  Nonpriority creditor's name and mailing address
**R.J. Kates Welding Equipment**
**9176 Kearny Villa Court**
**San Diego, CA 92123**

Date(s) debt was incurred   _5/5/2023_
Last 4 digits of account number   _5680_

As of the petition filing date, the claim is: *Check all that apply.*   **$12,564.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Material_

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.72**  Nonpriority creditor's name and mailing address
**Rebound Capital Group**
**344 Grove St., Unit 942**
**Jersey City, NJ 07302**

Date(s) debt was incurred   _1/26/2023_
Last 4 digits of account number   __

As of the petition filing date, the claim is: *Check all that apply.*   **$112,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _Merchant Cash Advance_

Is the claim subject to offset?  ■ No   ☐ Yes

Debtor   **Minshew Brothers Steel Construction, Inc.**                      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,062.39** |
| | **Reliance MetalCenter National City** | ☐ Contingent | |
| | **2100 Cleveland Ave** | ☐ Unliquidated | |
| | **National City, CA 91950** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/19/2023** | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  **1655** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.32** |
| | **Road One** | ☐ Contingent | |
| | **9150 Chesapeake Dr., Ste. 240** | ☐ Unliquidated | |
| | **San Diego, CA 92123** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Towing services** | |
| | Last 4 digits of account number  **n/a** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
| | **Rosenbach Co.** | ☐ Contingent | |
| | **1870 Joe Crosson Dr., Ste. 200** | ☐ Unliquidated | |
| | **El Cajon, CA 92020** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/21/2023** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **6133** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$554.95** |
| | **Safety-Kleen** | ☐ Contingent | |
| | **42 Longwater Dr.** | ☐ Unliquidated | |
| | **Norwell, MA 02061** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/4/2022** | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  **8185** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **San Diego Coastkeeper** | ■ Contingent | |
| | **Attn David Gibson, Officer** | ■ Unliquidated | |
| | **2375 Northside Dr., Ste. 100** | ■ Disputed | |
| | **San Diego, CA 92108** | | |
| | Date(s) debt was incurred  **6/1/2023** | Basis for the claim:  **Pending lawsuit #23-cv-01019-L-DEB** | |
| | Last 4 digits of account number  **LDEB** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,098.86** |
| | **San Diego Galvanizing** | ☐ Contingent | |
| | **3586 Dalbergia St.,** | ☐ Unliquidated | |
| | **San Diego, CA 92113** | ☐ Disputed | |
| | Date(s) debt was incurred  **1/13/2023** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **9291** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,305.00** |
| | **SC Structural Steel Detailing** | ☐ Contingent | |
| | **4750 Marblehead Bay Dr.** | ☐ Unliquidated | |
| | **Oceanside, CA 92057** | ☐ Disputed | |
| | Date(s) debt was incurred  **1/16/2023** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **3011** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,015.44** |
|---|---|---|---|
| | **Sharp Health Plan** | ☐ Contingent | |
| | **8520 Tech Way, Ste. 200** | ☐ Unliquidated | |
| | **San Diego, CA 92123** | ☐ Disputed | |
| | Date(s) debt was incurred  3/25/23 | Basis for the claim:  Health premium | |
| | Last 4 digits of account number  1066 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,752.96** |
|---|---|---|---|
| | **SIMNSA Health Plan** | ☐ Contingent | |
| | **2088 Otay Lakes Rd. #102** | ☐ Unliquidated | |
| | **Chula Vista, CA 91913** | ☐ Disputed | |
| | Date(s) debt was incurred  4/17/2023 | Basis for the claim:  Medical premium | |
| | Last 4 digits of account number  8096 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.00** |
|---|---|---|---|
| | **SS Fabrications** | ☐ Contingent | |
| | **3981 Garfield St.** | ☐ Unliquidated | |
| | **Carlsbad, CA 92008** | ☐ Disputed | |
| | Date(s) debt was incurred  1/25/2023 | Basis for the claim:  Services | |
| | Last 4 digits of account number  1080 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,127.00** |
|---|---|---|---|
| | **Stud Welding Products Inc** | ☐ Contingent | |
| | **PO Box 68887** | ☐ Unliquidated | |
| | **Seattle, WA 98168** | ☐ Disputed | |
| | Date(s) debt was incurred  1/13/2023 | Basis for the claim:  Supplies | |
| | Last 4 digits of account number  4682 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,205.71** |
|---|---|---|---|
| | **Summit Equipment Rental** | ☐ Contingent | |
| | **26105 Sherman Rd.** | ☐ Unliquidated | |
| | **Sun City, CA 92585** | ☐ Disputed | |
| | Date(s) debt was incurred  1/9/2023 | Basis for the claim:  Rental equipment | |
| | Last 4 digits of account number  688X | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.56** |
|---|---|---|---|
| | **Superior Ornamental** | ☐ Contingent | |
| | **2256 Main St. #11** | ☐ Unliquidated | |
| | **Chula Vista, CA 91911** | ☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Material | |
| | Last 4 digits of account number  n/a | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$604.00** |
|---|---|---|---|
| | **SuperStorage Lakeside** | ☐ Contingent | |
| | **10046 River Street** | ☐ Unliquidated | |
| | **Lakeside, CA 92040** | ☐ Disputed | |
| | Date(s) debt was incurred  2/2023 | Basis for the claim:  Storage | |
| | Last 4 digits of account number  D36 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |
|---|---|---|---|

**Swara Consulting Services**
A Block, SY NO 54, A306 Sonestaa
Silver Oak
Bangalor Rural, K60066, Karnataka
India

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/14/2023__

Basis for the claim: __Consulting services__

Last 4 digits of account number __4004__

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,280.00 |
|---|---|---|---|

**SWRCB**
PO Box 1888
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/1/2023__

Basis for the claim: __State Water Resources__

Last 4 digits of account number __6517__

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.00 |
|---|---|---|---|

**SWRCB**
PO Box 1888
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Water__

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,888.60 |
|---|---|---|---|

**The Mcintyre Co**
2817 E. Cedar St., Ste., 200
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/31/2023__

Basis for the claim: __Material__

Last 4 digits of account number __2301__

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,590.03 |
|---|---|---|---|

**The Reinalt-Thomas Corp**
20225 North Scottsdale Rd.
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Tire store__

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,990.96 |
|---|---|---|---|

**Totten Tubes**
500 Danlee St.
Azusa, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/6/2023__

Basis for the claim: __Material__

Last 4 digits of account number __9498__

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,867.13 |
|---|---|---|---|

**Tree Island Wire Inc.**
5080 Hallmark Pkwy
San Bernardino, CA 92407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/31/2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __1709__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Minshew Brothers Steel Construction, Inc.**    Case number (if known) _____
            Name

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,655.00 |

**TRI-State Media**
PO Box 335
Springboro, OH 45066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/26/2022

Basis for the claim:  **Supplies**

Last 4 digits of account number  4593

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,233.91 |

**United Rentals**
Branch 544
501 C. St
Chula Vista, CA 91910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2022

Basis for the claim:  **Rental equipment**

Last 4 digits of account number  1001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,138.70 |

**West Coast Iron, Inc.**
9302 Jamacha Rd.
Spring Valley, CA 91977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/20/2023

Basis for the claim:  **Subcontractors**

Last 4 digits of account number  3503

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.00 |

**Westair Gases & Equipment**
701 Jessie St
San Fernando, CA 91340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,908.86 |

**Western Deck & Steel**
616 S. Oaks Ave
Ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Material**

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,325.73 |

**Western Metal Deck**
616 S. Oaks Ave
Ontario, CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2023

Basis for the claim:  **Material**

Last 4 digits of account number  6591

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $12,848.11 |

**Wex Bank / Shell Small Business**
PO Box 6293
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Charge account**

Last 4 digits of account number  3940

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Minshew Brothers Steel Construction, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,855.44** |
|---|---|---|---|
| | **White Cap** | ☐ Contingent | |
| | **430 Raleigh Ave** | ☐ Unliquidated | |
| | **El Cajon, CA 92020** | ☐ Disputed | |
| | Date(s) debt was incurred **3/29/2023** | Basis for the claim: **Material** | |
| | Last 4 digits of account number **9356** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CMC Steel**<br>**11444 E. Germann Rd.**<br>**Mesa, AZ 85212** | Line  **3.26**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **David Gibson**<br>**SD Regional Water Quality Cont**<br>**2375 Northside Drive, Ste 100**<br>**San Diego, CA 92108** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |
| 4.3 | **Eileen Sobeck**<br>**State Water Resources**<br>**PO Box 100**<br>**Sacramento, CA 95812-0110** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |
| 4.4 | **Environmental Protection Agency**<br>**Attn: Michael Regan, Administrator**<br>**Office of the Administrator 1101A**<br>**1200 Pennsylvania Ave. N.W.**<br>**Washington, DC 20460** | Line  **3.77**<br><br>☐  Not listed. Explain ____ | __ |
| 4.5 | **Martha Guzman**<br>**US Environmental Protection**<br>**75 Hawthorne Street**<br>**San Francisco, CA 94105** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |
| 4.6 | **Michael Regan**<br>**Environmental Protection**<br>**1200 Pennsylvania Ave N.W**<br>**Washington, DC 20460** | Line  **3.27**<br><br>☐  Not listed. Explain ____ | __ |
| 4.7 | **San Diego Coastkeeper**<br>**c/o Livia Borak Beaudin**<br>**1140 South Coast Highway 101**<br>**Encinitas, CA 92024** | Line  **3.77**<br><br>☐  Not listed. Explain ____ | __ |
| 4.8 | **San Diego Coastkeeper**<br>**Patrick McDonough**<br>**8305 Vickers St., Ste 209**<br>**San Diego, CA 92111** | Line  **3.77**<br><br>☐  Not listed. Explain ____ | __ |
| 4.9 | **San Diego Coastkeeper**<br>**c/o Patrick McDonough, Esq.**<br>**3900 Cleveland Ave., Ste 102**<br>**San Diego, CA 92103** | Line  **3.77**<br><br>☐  Not listed. Explain ____ | __ |

| Debtor | Minshew Brothers Steel Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| 4.10 | U.S. Environmental Protection<br>Attn Martha Guzman, Admin<br>75 Hawthorne St.<br>San Francisco, CA 94105 | Line  3.77<br>☐  Not listed. Explain _____ | — |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,028,050.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,028,050.19 |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 7/25/2022. Total value of Debtor's contract is projected at $195,025.00 after completion. Estimated completion date 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Pop Elev Add & CVRD WLKWY** | **A.P. General Corporation 4412 Promesa Circle San Diego, CA 92124** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 2/10/2023. Agreed performance is $17,700.00. Estimated completion date 9/30/2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Olivenhain Municipal Water District** | **Angus Asphalt, Inc. PO Box 711539 Santee, CA 92072** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 2/15/2023 for $15,675.00. Estimated completion date 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **The Hub** | **Angus Asphalt, Inc. PO Box 711539 Santee, CA 92072** |

Debtor 1   **Minshew Brothers Steel Construction, Inc.**                                              Case number *(if known)*
_____
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                  State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 7/7/2022 for a firm fixed price of $73,400.00 completed on 7/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **Barnhar-Reese Construction** |
| | List the contract number of any government contract | **San Diego Auto Museum** | **10805 Thornmint Rd. Ste 200 San Diego, CA 92127** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 7/7/2022. Estimated completion date 10/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **Barnhar-Reese Construction** |
| | List the contract number of any government contract | **Makena Medical** | **10805 Thornmint Rd. Ste 200 San Diego, CA 92127** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 9/26/2022. Alternate allowances $45,150.00. Estimated completion date 9/30/2023 | |
|---|---|---|---|
| | State the term remaining | | **BNB Builders** |
| | List the contract number of any government contract | **Millipore Phase 2** | **5825 Oberlin Dr., Ste 1 San Diego, CA 92121** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 10/6/2022. Contract amount $33,139.00 with estimated completion date of 8/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **BNB Builders** |
| | List the contract number of any government contract | **RADY Childern's Hospital** | **5825 Oberlin Dr., Ste 1 San Diego, CA 92121** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 8/19/2022. Estimated completion date 12/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **BNB Builders** |
| | List the contract number of any government contract | **Southwest Village** | **5825 Oberlin Dr., Ste 1 San Diego, CA 92121** |

Debtor 1   **Minshew Brothers Steel Construction, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.9.**

State what the contract or lease is for and the nature of the debtor's interest
: Agreement entered on 5/6/2022. Estimated completion date 10/31/2023

State the term remaining

List the contract number of any government contract
: Pump Station 1

**Cass Construction**
1105 N. Marshall Ave
El Cajon, CA 92020

---

**2.10.**

State what the contract or lease is for and the nature of the debtor's interest
: Agreement entered on 8/22/2022. Estimated completion date 8/31/2023

State the term remaining

List the contract number of any government contract

**Coast Contracting Corp**

---

**2.11.**

State what the contract or lease is for and the nature of the debtor's interest
: Agreement entered on 5/22/2022 with Debtor for Santana High Building, located at 9915 Magnolia Ave., Santee, CA 92071. Conan agress to pay Debtor $22,220.00 after completion of the project. Estimated completion date 8/31/2023

State the term remaining

List the contract number of any government contract
: Santana High Bldg

**Conan Construction**
5937 Darwin Ct., Ste. 103
Carlsbad, CA 92008

---

**2.12.**

State what the contract or lease is for and the nature of the debtor's interest
: Agreement entered on 1/26/2022. Satisfactory of performance, Debtor will be compensated 171,256.00. Estimated completion date 8/31/2023

State the term remaining

List the contract number of any government contract
: Ivy Street Office Building

**Concrete Contractors Inter**
12599 Stotler Court
Poway, CA 92064

---

Debtor 1  **Minshew Brothers Steel Construction, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Entered agreement on 6/14/2014. Currently in abritration with Casa De La Capamas** | |
|---|---|---|---|
| | State the term remaining | | **DPR Construction** |
| | | | **5010 Shoreham Pl** |
| | List the contract number of any government contract | **Skilled Nursing** | **San Diego, CA 92122** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 7/18/2022. Debtor will be paid on the agreed amount after completeion of the project. Estimated completion date 11/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **EC Constructors, Inc.** |
| | | | **9834 River S.** |
| | List the contract number of any government contract | **Loma Verde Rec** | **Lakeside, CA 92040** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month land lease for $3,950.00 per month for property located at 12535 Vigilante Rd., Lakeside, CA** | |
|---|---|---|---|
| | State the term remaining | | **Ennis Family Realty, LLC** |
| | | | **PO Box 1799** |
| | List the contract number of any government contract | | **Lakeside, CA 92040** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Ford F450. monthly payment of $815.00. Final payment due on June 10, 2025.** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | | | **PO Box 552679** |
| | List the contract number of any government contract | | **Detroit, MI 48255** |

| Debtor 1 | Minshew Brothers Steel Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Ford F350, VIN No.: 1FDRF3G6XLED41989. The monthly payments are $506.00. Final payment due on May 25, 2025.** | |
|---|---|---|---|
| | State the term remaining | | **Ford Credit** |
| | List the contract number of any government contract | | **PO Box 552679** |
| | | | **Detroit, MI 48255** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 10/11/2022. Estimated completion date 9/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **GSE Construction** |
| | List the contract number of any government contract | **Pilgrim Creek Lift Station** | **7633 Southfront Rd.** |
| | | | **Livermore, CA 94551** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Entered on 1/10/2023 for $135,085.00. Estimated completion date is 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Hallin & Herrera Construction** |
| | List the contract number of any government contract | **Nitto Denko Technical** | **501 Via Del Norte** |
| | | | **Oceanside, CA 92058** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered for property located at 795 H Stree, Chula Vista, CA 91910. Estimated completion date is 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **HSCC** |
| | List the contract number of any government contract | **795 H St., Phase II** | **PO Box 1168** |
| | | | **Lakeside, CA 92040** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 9/14/2021** | |
|---|---|---|---|
| | State the term remaining | | **I.E. Pacific, Inc.** |
| | List the contract number of any government contract | **NAVFAC Navy Base** | **150 West Crest St.,** |
| | | | **Escondido, CA 92025** |

Debtor 1  **Minshew Brothers Steel Construction, Inc.**

First Name          Middle Name          Last Name                          Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

### 2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 1/24/2023. Estimated completion date 12/31/2023** | |
| | State the term remaining | | **JB Pacific**<br>**11633 Sorrento Valley Rd.**<br>**Ste. 103** |
| | List the contract number of any government contract | **Firmenich Scrips** | **San Diego, CA 92121** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 2/15/2023 for property located at 10636 Scripps Summit Court, San Diego, CA 92131. Estimated completion date 8/31/2023** | |
| | State the term remaining | | **JB Pacific**<br>**11633 Sorrento Valley Rd.**<br>**Ste. 103** |
| | List the contract number of any government contract | **10363 Scripps Summit** | **San Diego, CA 92121** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 12/9/2022 for project located at 1725 Bear Valley Parkway, Escondido, CA 92027. Estimated completion date 12/31/2023** | |
| | State the term remaining | | **K&S Construction**<br>**1699 La Costa Meadows Dr.**<br>**Ste 102** |
| | List the contract number of any government contract | **Westminster Seminary** | **San Marcos, CA 92078** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Bizhub Refurbished 458 Copier/Printer. Leased with Konica Minolta Business Solutions U.S.A. Inc. Monthly payments are $212.00.** | |
| | State the term remaining | **August 21, 2026** | **Konica Minolta**<br>**101 Williams Dr.** |
| | List the contract number of any government contract | | **Ramsey, NJ 07446** |

Debtor 1  **Minshew Brothers Steel Construction, Inc.**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 10/25/52022 for property located at 10590 1/3 Genessee Ave., San Diego, CA. Compensation for work done would be $761,100.00. Estimated completion date 12/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Level 10 Constrution, LP** |
| | List the contract number of any government contract | | **1050 Enterprise Way Ste. 250 Sunnyvale, CA 94089** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 3/26/2021.** | |
|---|---|---|---|
| | State the term remaining | | **Level 10 Constrution, LP** |
| | List the contract number of any government contract | **City of San Diego** | **1050 Enterprise Way Ste. 250 Sunnyvale, CA 94089** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 12/16/2022. Estimated completion date 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Level 10 Constrution, LP** |
| | List the contract number of any government contract | **MiraCosta Community College** | **1050 Enterprise Way Ste. 250 Sunnyvale, CA 94089** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Prime contract date TBD. Amount subjected to be compensated is $161,740.00. Estimated completion date 9/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Level 3 Construction** |
| | List the contract number of any government contract | **The Flats Apartment** | **1230 Keystone Way Vista, CA 92081** |

| Debtor 1 | Minshew Brothers Steel Construction, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

## ▉ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 4/11/2023. Completion date 3/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Marthan Construction Corp** |
| | List the contract number of any government contract | **Nassco Table** | **10108 Riverford Rd.** **Lakeside, CA 92040** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 10/12/2022. Project located at 7901 Forst Street, San Diego, CA 92123. After full completion, Debtor shall be compensated 459,400.00.** | |
|---|---|---|---|
| | State the term remaining | | **McCarthy** |
| | List the contract number of any government contract | **SMMC Central Energy** | **7901 Frost Street** **San Diego, CA 92123** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month rental agreement for property located at 12578 Vigilante Rd., Lakeside, CA 92040** | |
|---|---|---|---|
| | State the term remaining | | **Minshew Brothers Land Company** |
| | List the contract number of any government contract | | **PO Box 1000** **Lakeside, CA 92040** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **The firm with Debtor is fixed-priced of $178,275.00. Estimated completion date 4/30/2024** | |
|---|---|---|---|
| | State the term remaining | | **Orion Construction** |
| | List the contract number of any government contract | **4S Ranch Neighborhood** | **2185 La Mirada Dr.,** **Vista, CA 92081** |

Debtor 1 **Minshew Brothers Steel Construction, Inc.**
First Name — Middle Name — Last Name

Case number (if known) _____

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Entered on 12/2/2022. Fixed price of $64,670.00. Estimated completion date 2/28/2024 | |
|---|---|---|---|
| | State the term remaining | | **Orion Construction** |
| | List the contract number of any government contract | **East County Advance Water** | 2185 La Mirada Dr., Vista, CA 92081 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 2/8/2023 for $66,760.00. Estimated completion date 8/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **Palm Engineering Construction** |
| | List the contract number of any government contract | **ZEB Overhead** | 7330 Opportunity Rd. Ste. A San Diego, CA 92111 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 2/8/22022. Estimated completion date 8/31/2023 | |
|---|---|---|---|
| | State the term remaining | | **Palm Engineering Construction** |
| | List the contract number of any government contract | **ZEB Overhead** | 7330 Opportunity Rd. Ste. A San Diego, CA 92111 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Leased 2019 Flatbed Truck. Monthly payments are $1,430.32. 60-month lease. | |
|---|---|---|---|
| | State the term remaining | | **Penske Truck Leasing Co.** |
| | List the contract number of any government contract | | 4285 Camino Del Rio S. San Diego, CA 92108 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | 2023 International Glassic MV 607 SADC Flatbeed Morgan Steel with a 2022 Morgan Flatbed MHP forklift. Monthly payment $1,690.00. Lease is for a 48-month period. | |
|---|---|---|---|
| | State the term remaining | | **Penske Truck Leasing Co.** |
| | List the contract number of any government contract | | 4285 Camino Del Rio S. San Diego, CA 92108 |

Debtor 1  **Minshew Brothers Steel Construction, Inc.**          Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 3/22/2023. Estimated completion date 8/15/2023 | |
|---|---|---|---|
| | State the term remaining | | RDS Contracting, Inc. 12064 Woodside Ave., Ste. 102 Lakeside, CA 92040 |
| | List the contract number of any government contract | West Coast SS Del Sur | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 1/13/2023. Estimated completion date 4/30/2024 | |
|---|---|---|---|
| | State the term remaining | | RJ Nichols Construction 12119 Lakeside Ave San Bernardino, CA 92404 |
| | List the contract number of any government contract | 4S Ranch | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 1/26/2022 for property located at 321 Ivy St., San Diego, CA 92101. Satisfactory of performance will be $171,256.00. Estimated completion date 9/30/2023 | |
|---|---|---|---|
| | State the term remaining | | Single Eagle dba Concerte Con 12599 Stotler Court Poway, CA 92064 |
| | List the contract number of any government contract | Sweetwater Vistas | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 12/17/2020 for work located on Camp Pendlton. Date completed on 7/31/2023 | |
|---|---|---|---|
| | State the term remaining | | Solpac Construction dba Soltek Pacific San Diego, CA 92110 |
| | List the contract number of any government contract | P-9906 21 Area | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 6/22/2022. Estimated completion date 8/31/2023 | |
|---|---|---|---|
| | State the term remaining | | Soltek Pacific 2424 Congress St. San Diego, CA 92110 |
| | List the contract number of any government contract | Seismic Rehab | |

Debtor 1   **Minshew Brothers Steel Construction, Inc.**          Case number *(if known)* _____

    First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.44.** | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 12/1/2022. Estimated completion date 8/31/2023 |
| | State the term remaining | |
| | List the contract number of any government contract | **HVAC Bear Valley Unified School District** |

SWCS, Inc.
11653 Riverside Dr. Ste. 153
Lakeside, CA 92040

| | | |
|---|---|---|
| **2.45.** | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 12/8/2022. |
| | State the term remaining | |
| | List the contract number of any government contract | **Grossmont/Monte Vista** |

SWCS, Inc.
11653 Riverside Dr. Ste. 153
Lakeside, CA 92040

| | | |
|---|---|---|
| **2.46.** | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 5/19/2022 for propety located at 16300 Nyemii Pass Rd., Valley Center, CA 92082. Completed on 5/31/2023 |
| | State the term remaining | |
| | List the contract number of any government contract | **North Campus** |

Swinerton
16798 West Bernardo Dr.
San Diego, CA 92127

| | | |
|---|---|---|
| **2.47.** | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 5/27/2023. Estimated completion date 3/30/2024 |
| | State the term remaining | |
| | List the contract number of any government contract | **ASML SD4** |

Swinerton
16798 West Bernardo Dr.
San Diego, CA 92127

| | | |
|---|---|---|
| **2.48.** | State what the contract or lease is for and the nature of the debtor's interest | Agreement entered on 3/1/2023 , estimated completion date 8/31/2023 |
| | State the term remaining | |
| | List the contract number of any government contract | **Sharp OPP Hear** |

The Whitin-Turner Contrat
3911 Sorrento Valey Blvd.
Ste. 100
San Diego, CA 92121

Debtor 1    **Minshew Brothers Steel Construction, Inc.**                    Case number *(if known)* _____

      First Name          Middle Name        Last Name

**▮ Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement entered on 6/10/2021 for property located at 5468-5482 El Cajon Blvd., San Diego, CA 92115.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Project: El Cerrito Housing** | **Thunder-Jones Contracting 2515 Pioneer Ave., Ste. 1 Vista, CA 92081** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 12 of 12

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian Johnson** | **PO Box 1000**<br>**Lakeside, CA 92040** | **Wex Bank / Shell Small Business** | ☐ D ____<br>■ E/F __3.102__<br>☐ G ____ |
| 2.2 | **Brian Johnson** | **PO Box 1000**<br>**Lakeside, CA 92040** | **Rebound Capital Group** | ☐ D ____<br>■ E/F __3.74__<br>☐ G ____ |
| 2.3 | **Brian Johnson** | **PO Box 1000**<br>**Lakeside, CA 92040** | **Fox Capital Group LLC** | ☐ D ____<br>■ E/F __3.41__<br>☐ G ____ |
| 2.4 | **Brian Johnson** | **PO Box 1000**<br>**Lakeside, CA 92040** | **Fox Capital Group LLC** | ☐ D ____<br>■ E/F __3.42__<br>☐ G ____ |
| 2.5 | **Brian Johnson** | **PO Box 1000**<br>**Lakeside, CA 92040** | **American Express** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |

| Debtor | Minshew Brothers Steel Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                             *Column 2:* Creditor

| 2.6 | Brian Johnson | PO Box 1000<br>Lakeside, CA 92040 | Forward Financial<br>LLC | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | Brian Johnson | PO Box 1000<br>Lakeside, CA 92040 | Velocity Capital<br>Group | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | DPR<br>Construction | 5010 Shoreham Pl Ste. 100<br>San Diego, CA 92122 | Casa de las<br>Campanas | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Minshew Brothers Steel Construction, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $3,189,021.00 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $10,783,725.00 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $9,914,455.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor  **Minshew Brothers Steel Construction, Inc.**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached PDF** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Johnson**<br>**PO Box 1000**<br>**Lakeside, CA 92040**<br>**CFO of Debtor** | **2022** | **$128,960.00** | **Wages** |
| 4.2. **Brian Johnson**<br>**PO Box 1000**<br>**Lakeside, CA 92040**<br>**CFO of the Debtor** | **2023** | **$69,440.00** | **Wages** |
| 4.3. **Tom Perry**<br>**PO Box 600061**<br>**San Diego, CA 92160**<br>**Estimated** | **2023** | **$64,960.00** | **Wage** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Minshew Brothers Steel Construction, Inc.**                              Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CMC Steel Fabricators Inc. dba CMC Steel v. Minshe Brotherss Steel Constructions 37-2023-00025703-CU-BC-CTL | Breach of contract | **Superior Court of California County of San Diego 330 W. Broadway San Diego, CA 92101** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | San Diego Coastkeeper, a non-profit corporation; Coastal Environmental Rights Foundation vs. Minshew Brothers Steel Construction, Inc. 23-cv-01019-L-DEB | Complaint for Declaratory and Injunctive Relief and Civil Penalties | **United States District Court Southern District of California 333 West Broadway San Diego, CA 92101** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    __Minshew Brothers Steel Construction, Inc.__    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger 9454 Wilshire Boulevard, 6th floor Beverly Hills, CA 90212 | Attorney Fees paid by the Debtor | 5/17/2023, 6/20/2023 | $20,000.00 |
| | Email or website address michael.berger@bankruptcypower.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Minshew Brothers Steel Construction, Inc.**                          Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts, certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Minshew Brothers Steel Construction, Inc.**                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☐ No.
    ■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| San Diego Coastkeeper, a non-profit corporation; Coastal Environmental Rights Foundation vs. Minshew Brothers Steel Construction, Inc.<br>23-cv-01019-L-DEB | United States District Court<br>Southern District of California<br>333 West Broadway<br>San Diego, CA 92101 | Complaint for Declaratory and Injunction Relief and Civil Penalties | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Debtor<br>12578 Vigilante Road<br>Lakeside, CA 92040 | Superior Court of California<br>County of San Diego<br>330 W. Broadway<br>San Diego, CA 92101 | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☐ No.
    ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Safety-Kleen<br>197 Vernon Way<br>El Cajon, CA 92020 | San Diego County<br>Environmental Health<br>5500 Overland Ave #170<br>San Diego, CA 92123 | Annual inspection of disposal of hazardous material | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

Debtor   __Minshew Brothers Steel Construction, Inc.__                    Case number *(if known)* _____

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Dallo Law Group, APC 2150 Fourth Ave San Diego, CA 92101 | 2019 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Brian Johnson PO Box 1000 Lakeside, CA 92040 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Brian Johnson PO Box 1000 Lakeside, CA 92040 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Johnson | PO Box 1000 Lakeside, CA 92040 | CFO | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Cheryl Minshew | 2735 Via Chinarros Alpine, CA 91901 | Stockholder | 33.33% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Cheryl A. Minshew | 9220 Westhill Road Lakeside, CA 92040 | Stockholder | 33.33% |

Debtor   **Minshew Brothers Steel Construction, Inc.**                              Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Deborah Minshew | 15280 Aguacate Lane Valley Center, CA 92082 | Stockholder | 33.33% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tom Perry | PO Box 600061 San Diego, CA 92160 | Former CEO | 6/1/2021 - 5/31/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Debtor    **Minshew Brothers Steel Construction, Inc.**                     Case number (if known)

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     08 / 08 / 2023

_Signature of individual signing on behalf of the debtor_          **Brian Johnson**
                                                                    Printed name

Position or relationship to debtor    **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

MinsheA1:G210w Brothers Steel Construction, Inc.
List of Transaction past 90 days

7/25/2023

| Date | Account | Description | Check # | Debit | Memo |
|---|---|---|---|---|---|
| 4/24/2023 | General Account | FORWARD FINANCINRPP2952677FF BROTHERS STEEL, MINSHEREF # 02311400629718701 CCD | | 991.88 | Loan / Merchant Advance |
| 4/24/2023 | General Account | 56214795 3CACHPAYMENTCCDW140 MINSHEW BROTHERS STEELREF # 02311400604080 7 FOXBUSINESS | | 1,998.00 | Loan / Merchant Advance |
| 4/24/2023 | General Account | 56214795 3CACHPAYMENTCCDW141 MINSHEW BROTHERS STEELREF # 02311400604080 6 FOXBUSINESS | | 1,490.00 | Loan / Merchant Advance |
| 4/24/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542   MINSHEW BROTHERS STEELREF # 02311400626321 3VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | | 1,071.00 | Loan / Merchant Advance |
| 4/24/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02311100544267 7 FORWARD FINANCINRPP2952677FF BROTHERS STEEL, MINSHEREF # 02311500749084 1 CCD | | 1,120.00 | Loan / Merchant Advance |
| 4/25/2023 | General Account | | | 991.88 | Loan / Merchant Advance |
| 4/25/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542   MINSHEW BROTHERS STEELREF # 02311500746528 6VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | | 1,071.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 4/25/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02311400655177 FOXBUSINESS | 1,120.00 | Loan / Merchant Advance |
| 4/26/2023 | General Account | 562147953CACHPAYMENTCCDW144 MINSHEW BROTHERS STEELREF # 02311600837329 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 4/26/2023 | General Account | 562147953CACHPAYMENTCCDW145 MINSHEW BROTHERS STEELREF # 02311600837330 | 1,490.00 | Loan / Merchant Advance |
| 4/27/2023 | General Account | FORWARD FINANCINRPP2952677FF        CCD BROTHERS STEEL, MINSHEREF # 023117009806711 | 991.88 | Loan / Merchant Advance |
| 4/27/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCDVC1147542     MINSHEW BROTHERS STEELREF # 023117009888442VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 4/27/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02311600859397O VELOCITY CAPITAL9352620039ACH CollecCCD2 deals     MINSHEW BROTHERS STEELREF # 023117009887333VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 4/27/2023 | General Account | | 4,188.00 | Loan / Merchant Advance |

| Date | Account | Description | | Amount | Category |
|---|---|---|---|---|---|
| 4/28/2023 | General Account | FORWARD FINANCINRPP2952677FF BROTHERS STEEL, MINSHEREF # 02311800129070 | CCD | 991.88 | Loan / Merchant Advance |
| 4/28/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW148 MINSHEW BROTHERS STEELREF # 02311800119257 | | 1,998.00 | Loan / Merchant Advance |
| 4/28/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW149 MINSHEW BROTHERS STEELREF # 02311800119257 | | 1,490.00 | Loan / Merchant Advance |
| 4/28/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW150 MINSHEW BROTHERS STEELREF # 02311800119257 | | 1,490.00 | Loan / Merchant Advance |
| 4/28/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW151 MINSHEW BROTHERS STEELREF # 02311800119257 | | 1,998.00 | Loan / Merchant Advance |
| 4/28/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 02311800124894 2VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | | 1,071.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 4/28/2023 | General Account | NFAS2 LLC    1883767857Auth Pmt CCD010000001791181AMinshew Brothers SteelREF # 02311800126839SCO# 01 CUST# 77193   CONTRACT# FWC615095    TRAN# 00000084 BATCH# 000026531 | 6,442.30 | Loan / Merchant Advance |
| 4/28/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02311701009333 | 1,120.00 | Loan / Merchant Advance |
| 4/28/2023 | General Account | VELOCITY CAPITAL935262039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 02311800124893 9VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/1/2023 | Payroll Account | WIRE/OUT-20230501000003666;BNF Velocity Capital Group;OBI Min | 13,935.00 | Loan Payment Makeup |
| 5/1/2023 | Payroll Account | WIRE/OUT-20230501000004701;BNF Velocity Capital Group;OBI Mis | 4,288.00 | Loan Payment Makeup |
| 5/1/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02312100252050 | 1,983.76 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/1/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW152 MINSHEW BROTHERS STEELREF # 02312100217231 7 | 1,998.00 | Loan / Merchant Advance |
| 5/1/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW153 MINSHEW BROTHERS STEELREF # 02312100217231 4 | 1,490.00 | Loan / Merchant Advance |
| 5/1/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW154 MINSHEW BROTHERS STEELREF # 02312100217231 5 | 1,998.00 | Loan / Merchant Advance |
| 5/1/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW155 MINSHEW BROTHERS STEELREF # 02312100217231 8 | 1,490.00 | Loan / Merchant Advance |
| 5/1/2023 | General Account | I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 0231210025046 07VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/1/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02311800150137 6 | 1,120.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/1/2023 | General Account | VELOCITY CAPITAL935362D0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 0231210025D4663VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/2/2023 | General Account | FORWARD FINANCINRPP2952677FF                CCD BROTHERS STEEL, MINSHEREF # 0231212004509341 | 991.88 | Loan / Merchant Advance |
| 5/2/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW156 MINSHEW BROTHERS STEELREF # 0231212004510219 | 1,998.00 | Loan / Merchant Advance |
| 5/2/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW157 MINSHEW BROTHERS STEELREF # 0231212004510218 | 1,490.00 | Loan / Merchant Advance |
| 5/2/2023 | General Account | I LEND ADVANCE  935362D0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 0231212004594165VC1147542-MINSHEW/1bf | 100.00 | Loan / Merchant Advance |
| 5/2/2023 | General Account | I LEND ADVANCE  935362D0039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # 0231212004594698VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/2/2023 | General Account | NFAS2 LLC    1883767857Auth Pmt CCD1000001793585 3Minshew Brothers SteelREF # 0231220045986 19CO# 01 CUST# 77193  CONTRACT# FWC615095     TRAN# 000000087 BATCH# 000026556 | 6,442.30 | Loan / Merchant Advance |
| 5/2/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231210027824 26 | 1,120.00 | Loan / Merchant Advance |
| 5/2/2023 | General Account | VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 0231220045939 11VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/3/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 0231230059518 56 | 991.88 | Loan / Merchant Advance |
| 5/3/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW158 MINSHEW BROTHERS STEELREF # 0231230058435 54 | 1,998.00 | Loan / Merchant Advance |
| 5/3/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW159 MINSHEW BROTHERS STEELREF # 0231230058435 55 | 1,490.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/3/2023 | General Account | I LEND ADVANCE 935262003ACH CollecCCDVC1147542   MINSHEW BROTHERS STEELREF # 02312300591001 6VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/3/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231220048 12428 | 1,120.00 | Loan / Merchant Advance |
| 5/3/2023 | General Account | VELOCITY CAPITAL935262003ACH CollecCCD2 deals   MINSHEW BROTHERS STEELREF # 023123005910022VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/4/2023 | General Account | FORWARD FINANCINRPP2952677FF   CCD BROTHERS STEEL, MINSHEREF # 0231240074 16497 | 991.88 | Loan / Merchant Advance |
| 5/4/2023 | General Account | FOXBUSINESS 5621479 53CACHPAYMENTCCDW160 MINSHEW BROTHERS STEELREF # 0231240073 53669 | 1,998.00 | Loan / Merchant Advance |
| 5/4/2023 | General Account | FOXBUSINESS 5621479 53CACHPAYMENTCCDW161 MINSHEW BROTHERS STEELREF # 0231240073 53667 | 1,490.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 5/4/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # 02312400740316707VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/4/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02312300606066731 | 1,120.00 | Loan / Merchant Advance |
| 5/4/2023 | General Account | VELOCITY CAPITAL9352620039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 02312400740316407VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/5/2023 | General Account | FORWARD FINANCINRPP2952677FF                  CCD BROTHERS STEEL, MINSHEREF # 02312500868686618 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/5/2023 | General Account | 562147953CACHPAYMENTCCDW162 MINSHEW BROTHERS STEELREF # 02312500856261 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/5/2023 | General Account | 562147953CACHPAYMENTCCDW163 MINSHEW BROTHERS STEELREF # 02312500856261 | 1,490.00 | Loan / Merchant Advance |
| 5/5/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # 02312500862138207VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/5/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02312400759 8723 VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 023125008621543VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/5/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # | 4,188.00 | Loan / Merchant Advance |
| 5/8/2023 | General Account | 023128009440482 FOXBUSINESS 562147953CACHPAYMENTCCDW164 MINSHEW BROTHERS STEELREF # | 991.88 | Loan / Merchant Advance |
| 5/8/2023 | General Account | 023128009455340 FOXBUSINESS 562147953CACHPAYMENTCCDW165 MINSHEW BROTHERS STEELREF # | 1,998.00 | Loan / Merchant Advance |
| 5/8/2023 | General Account | 023128009455339 I LEND ADVANCE 935262 0039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # | 1,490.00 | Loan / Merchant Advance |
| 5/8/2023 | General Account | 023128009761772VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/8/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02312500 8852711 VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 023128009761928VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/8/2023 | General Account | | 4,188.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/9/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02312900105I485 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/9/2023 | General Account | 562147953CACHPAYMENTCCDW166 MINSHEW BROTHERS STEELREF # 023129000957817 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/9/2023 | General Account | 562147953CACHPAYMENTCCDW167 MINSHEW BROTHERS STEELREF # 023129000957818 | 1,490.00 | Loan / Merchant Advance |
| 5/9/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # 02312900100923 9VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. NFAS2 LLC    1883767857Auth Pmt CCD01000001801483 2Minshew Brothers SteelREF # 0231290010 28530CO# 01 CUST# | 1,071.00 | Loan / Merchant Advance |
| 5/9/2023 | General Account | 77193    CONTRACT# FWC615095    TRAN# 000000091 BATCH# 000026638 | 6,442.30 | Loan / Merchant Advance |
| 5/9/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023128010027362 VELOCITY CAPITAL9352620039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 02312900100925 3VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/9/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 023130001975766 | 4,188.00 | Loan / Merchant Advance |
| 5/10/2023 | General Account | | 991.88 | Loan / Merchant Advance |

| | | | |
|---|---|---|---|
| 5/10/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW168 MINSHEW BROTHERS STEELREF # 02313000191546 | 1,998.00 Loan / Merchant Advance |
| 5/10/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW169 MINSHEW BROTHERS STEELREF # 02313000191546 I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # | 1,490.00 Loan / Merchant Advance |
| 5/10/2023 | General Account | 02312900174009 0VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 Loan / Merchant Advance |
| 5/10/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02312900117902 8 VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 02312900174009 3VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 Loan / Merchant Advance |
| 5/10/2023 | General Account | FORWARD FINANCINRPP295267 7FF CCD BROTHERS STEEL, MINSHEREF # 0231310032461112 | 4,188.00 Loan / Merchant Advance |
| 5/11/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW170 MINSHEW BROTHERS STEELREF # 02313100316996 4 | 991.88 Loan / Merchant Advance |
| 5/11/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW171 MINSHEW BROTHERS STEELREF # 02313100316996 5 | 1,998.00 Loan / Merchant Advance |
| 5/11/2023 | General Account | | 1,490.00 Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/11/2023 | General Account | I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 023131003232727VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/11/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023130002119922 | 1,120.00 | Loan / Merchant Advance |
| 5/11/2023 | General Account | VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 023131003232759VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/11/2023 | General Account | FORWARD FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # 023132004472946 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/12/2023 | General Account | 562147953CACHPAYMENTCCDW172 MINSHEW BROTHERS STEELREF # 023132004377735 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/12/2023 | General Account | 562147953CACHPAYMENTCCDW173 MINSHEW BROTHERS STEELREF # 023132004377734 | 1,490.00 | Loan / Merchant Advance |
| 5/12/2023 | General Account | I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 023132004445743VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/12/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023131003410722 | 1,120.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/12/2023 | General Account | VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 02313200445746VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/15/2023 | General Account | FORWARD FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # 0231350052703 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/15/2023 | General Account | 562147953CACHPAYMENTCCDW174 MINSHEW BROTHERS STEELREF # 0231350052480 3 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/15/2023 | General Account | 562147953CACHPAYMENTCCDW175 MINSHEW BROTHERS STEELREF # 0231350052480 2 | 1,490.00 | Loan / Merchant Advance |
| 5/15/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 02313500500237VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/15/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231320046483 87 | 1,120.00 | Loan / Merchant Advance |
| 5/15/2023 | General Account | VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 02313500499746VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/16/2023 | General Account | FORWARD FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # 0231360071372 6 | 991.88 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 5/16/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW176 MINSHEW BROTHERS STEELREF # 02313600662969670 | 1,998.00 | Loan / Merchant Advance |
| 5/16/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW177 MINSHEW BROTHERS STEELREF # 02313600662969671 | 1,490.00 | Loan / Merchant Advance |
| 5/16/2023 | General Account | I LEND ADVANCE 935262039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 0231350064075542VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. NFAS2 LLC 1883767857Auth Pmt | 1,071.00 | Loan / Merchant Advance |
| 5/16/2023 | General Account | CCD010000018092170Minshew Brothers SteelREF # 0231350064549999CO# 01 CUST# 77193 CONTRACT# FWC615095 TRAN# 00000083 BATCH# 000026716 | 6,442.30 | Loan / Merchant Advance |
| 5/16/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02313500575593 VELOCITY CAPITAL935262039ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 0231350064075545VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/16/2023 | General Account | FORWARD FINANCINRPP2952677FF CCD | 4,188.00 | Loan / Merchant Advance |
| 5/17/2023 | General Account | BROTHERS STEEL, MINSHEREF # 02313700755530 | 991.88 | Loan / Merchant Advance |
| 5/17/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW178 MINSHEW BROTHERS STEELREF # 02313700573538 | 1,998.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 5/17/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW179 MINSHEW BROTHERS STEELREF # 02313700757336 | 1,490.00 | Loan / Merchant Advance |
| 5/17/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 02313600738847VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/17/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02313600683190O VELOCITY CAPITAL9352620039ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 02313600738876IVC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/17/2023 | General Account | FORWARD FINANCINRPP2952677FF          CCD BROTHERS STEEL, MINSHEREF # 02313800815726 | 4,188.00 | Loan / Merchant Advance |
| 5/18/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW180 MINSHEW BROTHERS STEELREF # 02313800816415 | 991.88 | Loan / Merchant Advance |
| 5/18/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW181 MINSHEW BROTHERS STEELREF # 02313800816417 | 1,998.00 | Loan / Merchant Advance |
| 5/18/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 02313800876608 4VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,490.00 | Loan / Merchant Advance |
| 5/18/2023 | General Account | | 1,071.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/18/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231370078003363 VELOCITY CAPITAL935262003ACH CollecCCD2 deals   MINSHEW BROTHERS STEELREF # 0231380087665925VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/18/2023 | General Account | FORWARD FINANCINRPP2952677FF   CCD BROTHERS STEEL, MINSHEREF # 0231391010180598 FOXBUSINESS | 4,188.00 | Loan / Merchant Advance |
| 5/19/2023 | General Account | 562147953CACHPAYMENTCCDW182 MINSHEW BROTHERS STEELREF # 0231390098222176 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/19/2023 | General Account | 562147953CACHPAYMENTCCDW183 MINSHEW BROTHERS STEELREF # 0231390098222175 | 1,998.00 | Loan / Merchant Advance |
| 5/19/2023 | General Account | I LEND ADVANCE 935262003ACH CollecCCDVC1147542   MINSHEW BROTHERS STEELREF # 0231390098093091VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,490.00 | Loan / Merchant Advance |
| 5/19/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231380009016893 VELOCITY CAPITAL935262003ACH CollecCCD2 deals   MINSHEW BROTHERS STEELREF # 0231390009895199VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/19/2023 | General Account | | 1,120.00 | Loan / Merchant Advance |
| 5/19/2023 | General Account | | 4,188.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 5/22/2023 | General Account | FORWARD FINANCINRPP2952677FF       CCD BROTHERS STEEL, MINSHEREF # 02314200096181 4 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/22/2023 | General Account | 562147953CACHPAYMENTCCDW184 MINSHEW BROTHERS STEELREF # 02314200062631 8 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/22/2023 | General Account | 562147953CACHPAYMENTCCDW185 MINSHEW BROTHERS STEELREF # 02314200062631 7 | 1,490.00 | Loan / Merchant Advance |
| 5/22/2023 | General Account | I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542     MINSHEW BROTHERS STEELREF # 02314200089420 5VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/22/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 02313901009044 8 VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals     MINSHEW BROTHERS STEELREF # 02314200089421 0VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/22/2023 | General Account | FORWARD FINANCINRPP2952677FF       CCD BROTHERS STEEL, MINSHEREF # 02314300207342 9 FOXBUSINESS | 4,188.00 | Loan / Merchant Advance |
| 5/23/2023 | General Account | 562147953CACHPAYMENTCCDW186 MINSHEW BROTHERS STEELREF # 02314300200861 4 | 991.88 | Loan / Merchant Advance |
| 5/23/2023 | General Account | | 1,998.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | |
|---|---|---|---|---|
| 5/23/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW187 MINSHEW BROTHERS STEELREF # 0231430020008613 | 1,490.00 | Loan / Merchant Advance |
| 5/23/2023 | General Account | I LEND ADVANCE 9352620039ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 0231430020373330VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/23/2023 | General Account | NFAS2 LLC 1883767857Auth Pmt CCD010000018152002Minshew Brothers SteelREF # 0231420018 48273CO# 01 CUST# 77193 CONTRACT# FWC615095 TRAN# 000000080 BATCH# 000026781 | 6,442.30 | Loan / Merchant Advance |
| 5/23/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231420011 46328 | 1,120.00 | Loan / Merchant Advance |
| 5/23/2023 | General Account | VELOCITY CAPITAL9352620039ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 0231430020373335VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/24/2023 | General Account | FORWARD FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # 0231440029193 48 | 991.88 | Loan / Merchant Advance |
| 5/24/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW188 MINSHEW BROTHERS STEELREF # 02314400293 5712 | 1,998.00 | Loan / Merchant Advance |
| 5/24/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW189 MINSHEW BROTHERS STEELREF # 02314400293 5711 | 1,490.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 5/24/2023 | General Account | I LEND ADVANCE 935262OO39ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 023144002972841VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/24/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023143002193690 VELOCITY CAPITAL935262OO39ACH CollecCCD2 deals MINSHEW BROTHERS STEELREF # 023144002972850VC1173607- | 1,120.00 | Loan / Merchant Advance |
| 5/24/2023 | General Account | MINSHEW BROTHERS STEEL CONSTRUCTION, INC. FORWARD FINANCINRPP2952677FF CCD | 4,188.00 | Loan / Merchant Advance |
| 5/25/2023 | General Account | BROTHERS STEEL, MINSHEREF # 023145004116721 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/25/2023 | General Account | 562147953CACHPAYMENTCCDW190 MINSHEW BROTHERS STEELREF # 023145004145348 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/25/2023 | General Account | 562147953CACHPAYMENTCCDW191 MINSHEW BROTHERS STEELREF # 023145004145349 | 1,490.00 | Loan / Merchant Advance |
| 5/25/2023 | General Account | I LEND ADVANCE 935262OO39ACH CollecCCDVC1147542 MINSHEW BROTHERS STEELREF # 023145004198509VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,071.00 | Loan / Merchant Advance |
| 5/25/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023144003104566 | 1,120.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | |
|---|---|---|---|---|
| 5/25/2023 | General Account | VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 0231450041985 12VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 5/26/2023 | General Account | FORWARD FINANCINRPP29526 77FF        CCD BROTHERS STEEL, MINSHEREF # 023146005192936 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 5/26/2023 | General Account | 562147953CACHPAYMENTCCDW 192 MINSHEW BROTHERS STEELREF # 023146005247036 FOXBUSINESS | 1,998.00 | Loan / Merchant Advance |
| 5/26/2023 | General Account | 562147953CACHPAYMENTCCDW 193 MINSHEW BROTHERS STEELREF # 023146005247037 I LEND ADVANCE 935262003 9ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # | 1,490.00 | Loan / Merchant Advance |
| 5/26/2023 | General Account | 0231460052999 88VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 | 1,071.00 | Loan / Merchant Advance |
| 5/26/2023 | General Account | MINSHEW BROTHREF # 0231450043 94001 VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 0231460052999 46VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 1,120.00 | Loan / Merchant Advance |
| 5/26/2023 | General Account | FORWARD FINANCINRPP29526 77FF        CCD BROTHERS STEEL, MINSHEREF # 023153001797810 | 4,188.00 | Loan / Merchant Advance |
| 6/2/2023 | General Account | | 991.88 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 6/2/2023 | General Account | NFAS2          545235469EDI PYMNTSCCDa8L3n000001GClaMinshewBrot hersSteelCoREF # 023153001736546 | 6,442.30 | Loan / Merchant Advance |
| 6/2/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 | 1,120.00 | Loan / Merchant Advance |
| 6/2/2023 | General Account | MINSHEW BROTHREF # 023152010087812 VELOCITY CAPITAL935262039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 023153001795892VC1173607-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 6/5/2023 | General Account | I LEND ADVANCE 935262039ACH CollecCCDVC1147542    MINSHEW BROTHERS STEELREF # 023156003251645VC1147542-MINSHEW BROTHERS STEEL CONSTRUCTION, INC. FORWARD FINANCINRPP2952677FF          CCD BROTHERS STEEL, MINSHEREF # | 1,071.00 | Loan / Merchant Advance |
| 6/6/2023 | General Account | 023157004873600 FOXBUSINESS 562147953CACHPAYMENTCCDW204 | 991.88 | Loan / Merchant Advance |
| 6/6/2023 | General Account | MINSHEW BROTHERS STEELREF # 023157004702481 FOXBUSINESS 562147953CACHPAYMENTCCDW205 | 1,998.00 | Loan / Merchant Advance |
| 6/6/2023 | General Account | MINSHEW BROTHERS STEELREF # 023157004702483 NFAS2          545235469EDI | 1,490.00 | Loan / Merchant Advance |
| 6/6/2023 | General Account | PYMNTSCCDa8L3n000001GDdkMinshewBrot hersSteelCoREF # 023157004773509 Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 | 6,442.30 | Loan / Merchant Advance |
| 6/6/2023 | General Account | MINSHEW BROTHREF # 023156003514577 | 1,120.00 | Loan / Merchant Advance |

| | | | |
|---|---|---|---|
| 6/6/2023 | General Account | VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 023157004776490VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 Loan / Merchant Advance |
| 6/7/2023 | General Account | FORWARD FINANCINRPP2952677FF         CCD BROTHERS STEEL, MINSHEREF # 0231580057 33217 FOXBUSINESS | 991.88 Loan / Merchant Advance |
| 6/7/2023 | General Account | 562147953CACHPAYMENTCCDW206 MINSHEW BROTHERS STEELREF # 0231580057 89594 FOXBUSINESS | 1,998.00 Loan / Merchant Advance |
| 6/7/2023 | General Account | 562147953CACHPAYMENTCCDW207 MINSHEW BROTHERS STEELREF # 0231580057 89593 | 1,490.00 Loan / Merchant Advance |
| 6/7/2023 | General Account | VELOCITY CAPITAL935262 0039ACH CollecCCD2 deals    MINSHEW BROTHERS STEELREF # 023158005821928VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 Loan / Merchant Advance |
| 6/15/2023 | General Account | FORWARD FINANCINRPP2952677FF         CCD BROTHERS STEEL, MINSHEREF # 0231660026 46874 FOXBUSINESS | 991.88 Loan / Merchant Advance |
| 6/15/2023 | General Account | 562147953CACHPAYMENTCCDW220 MINSHEW BROTHERS STEELREF # 0231660025 58056 FOXBUSINESS | 999.00 Loan / Merchant Advance |
| 6/15/2023 | General Account | 562147953CACHPAYMENTCCDW221 MINSHEW BROTHERS STEELREF # 0231660025 58054 | 669.00 Loan / Merchant Advance |

| Date | Account | Description | Amount | Category |
|---|---|---|---|---|
| 6/15/2023 | General Account | VELOCITY CAPITAL935262003 9ACH CollecCCD2 deals   MINSHEW BROTHERS STEELREF # 0231660026176 51VC1173607- MINSHEW BROTHERS STEEL CONSTRUCTION, INC. | 4,188.00 | Loan / Merchant Advance |
| 6/16/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02316700387 3856 FOXBUSINESS | 991.88 | Loan / Merchant Advance |
| 6/16/2023 | General Account | 562147953CACHPAYMENTCCDW223 MINSHEW BROTHERS STEELREF # 02316700372 0678 | 669.00 | Loan / Merchant Advance |
| 6/16/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231660028 50470 FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # | 1,120.00 | Loan / Merchant Advance |
| 6/22/2023 | General Account | 02317300803 9170 FOXBUSINESS 562147953CACHPAYMENTCCDW231 MINSHEW BROTHERS STEELREF # 02317300796 8707 | 505.86 | Loan / Merchant Advance |
| 6/22/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02317400916 5390 | 669.00 | Loan / Merchant Advance |
| 6/23/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02318600085 05947 FOXBUSINESS | 505.86 | Loan / Merchant Advance |
| 7/5/2023 | General Account | 562147953CACHPAYMENTCCDW246 MINSHEW BROTHERS STEELREF # 02318600864 2687 | 505.86 | Loan / Merchant Advance |
| 7/5/2023 | General Account | | 999.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 7/5/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW247 MINSHEW BROTHERS STEELREF # 02318600864686 | 669.00 | Loan / Merchant Advance |
| 7/6/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231860009170247 | 1,120.00 | Loan / Merchant Advance |
| 7/11/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02319200402930 | 505.86 | Loan / Merchant Advance |
| 7/11/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW256 MINSHEW BROTHERS STEELREF # 02319200304806 | 500.00 | Loan / Merchant Advance |
| 7/11/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW257 MINSHEW BROTHERS STEELREF # 02319200304804 | 500.00 | Loan / Merchant Advance |
| 7/11/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 0231910003415449 | 1,120.00 | Loan / Merchant Advance |
| 7/12/2023 | General Account | FORWARD FINANCINRPP2952677FF    CCD BROTHERS STEEL, MINSHEREF # 02319005362618 | 505.86 | Loan / Merchant Advance |
| 7/12/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW258 MINSHEW BROTHERS STEELREF # 02319005315865 | 500.00 | Loan / Merchant Advance |
| 7/12/2023 | General Account | FOXBUSINESS 562147953CACHPAYMENTCCDW259 MINSHEW BROTHERS STEELREF # 02319005315866 | 500.00 | Loan / Merchant Advance |

| Date | Account | Description | Amount | Type |
|---|---|---|---|---|
| 7/12/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023192004524688 FORWARD.FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # | 1,120.00 | Loan / Merchant Advance |
| 7/14/2023 | General Account | 023195007779598 FOXBUSINESS 562147953CACHPAYMENTCCDW262 MINSHEW BROTHERS STEELREF # | 505.86 | Loan / Merchant Advance |
| 7/14/2023 | General Account | 023195007701773 FOXBUSINESS 562147953CACHPAYMENTCCDW263 MINSHEW BROTHERS STEELREF # | 500.00 | Loan / Merchant Advance |
| 7/14/2023 | General Account | 023195007701772 | 500.00 | Loan / Merchant Advance |
| 7/14/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023194006956785 FORWARD.FINANCINRPP2952677FF CCD BROTHERS STEEL, MINSHEREF # | 1,120.00 | Loan / Merchant Advance |
| 7/17/2023 | General Account | 023198008928640 FOXBUSINESS 562147953CACHPAYMENTCCDW264 MINSHEW BROTHERS STEELREF # | 505.86 | Loan / Merchant Advance |
| 7/17/2023 | General Account | 023198008576490 FOXBUSINESS 562147953CACHPAYMENTCCDW265 MINSHEW BROTHERS STEELREF # | 500.00 | Loan / Merchant Advance |
| 7/17/2023 | General Account | 023198008576491 | 500.00 | Loan / Merchant Advance |
| 7/17/2023 | General Account | Rebound Capital 003068422 RB225483 MCCDRB225483 MINSHERB225483 MINSHEW BROTHREF # 023195007972178 | 1,120.00 | Loan / Merchant Advance |

| | | | |
|---|---|---|---|
| 7/18/2023 | General Account | FORWARD FINANCINRPP2952677FF          CCD<br>BROTHERS STEEL, MINSHEREF #<br>02319900182290<br>FOXBUSINESS | 505.86 | Loan / Merchant Advance |
| 7/18/2023 | General Account | 562147953CACHPAYMENTCCDW266<br>MINSHEW BROTHERS STEELREF #<br>02319900113542<br>FOXBUSINESS | 500.00 | Loan / Merchant Advance |
| 7/18/2023 | General Account | 562147953CACHPAYMENTCCDW267<br>MINSHEW BROTHERS STEELREF #<br>02319900113543 | 500.00 | Loan / Merchant Advance |
| 7/18/2023 | General Account | Rebound Capital 003068422 RB225483<br>MCCDRB225483 MINSHERB225483<br>MINSHEW BROTHREF # 02319800139241 | 1,120.00 | Loan / Merchant Advance |
| 7/21/2023 | General Account | FORWARD FINANCINRPP2952677FF          CCD<br>BROTHERS STEEL, MINSHEREF #<br>02320200457860<br>FOXBUSINESS | 505.86 | Loan / Merchant Advance |
| 7/21/2023 | General Account | 562147953CACHPAYMENTCCDW272<br>MINSHEW BROTHERS STEELREF #<br>02320200366179<br>FOXBUSINESS | 500.00 | Loan / Merchant Advance |
| 7/21/2023 | General Account | 562147953CACHPAYMENTCCDW273<br>MINSHEW BROTHERS STEELREF #<br>02320200366178 | 500.00 | Loan / Merchant Advance |
| 7/21/2023 | General Account | Rebound Capital 003068422 RB225483<br>MCCDRB225483 MINSHERB225483<br>MINSHEW BROTHREF # 02320100249416 | 1,120.00 | Loan / Merchant Advance |

Total          375,329.36

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re  **Minshew Brothers Steel Construction, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accepted a retainer of | $ | 20,000.00 |
| Prior to the filing of this statement I have received a retainer of | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_8/08/2023_
Date

Michael Jay Berger
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re   **Minshew Brothers Steel Construction, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cheryl A. Minshew**<br>**9220 Westhill Road**<br>**Lakeside, CA 92040** | | | **33.33%** |
| **Cheryl Minshew**<br>**2735 Via Chinarros**<br>**Alpine, CA 91901** | | | **33.33%** |
| **Deborah Minshew**<br>**15280 Aguacate Lane**<br>**Valley Center, CA 92082** | | | **33.33%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   *08/08/2023*

Signature   *Brian Johnson*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U S C §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223**
**100291 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Minshew Brothers Steel Construction, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed. Creditor diskette required.

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor diskette required.
    ☐ Post-petition creditors added. Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

TOTAL NO. OF CREDITORS: **161**

TOTAL NO. OF CREDITORS: _____

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: 08/08/2023

Brian Johnson Chief Financial Officer
Signer Title

## REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a) A new petition is filed. Diskette required.

    b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors. )

    c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

    a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

    b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

    a) <u>Scannable matrix format required.</u>

    b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

A & D Logistics, Inc.
PO Box 2698
El Cajon, CA 92021

A.P. General Corporation
4412 Promesa Circle
San Diego, CA 92124

Advance Air & Vacum
1685 N. Marshall Ave
El Cajon, CA 92020

Advance Industrial Solutions
48 Maxwell
Irvine, CA 92618

Airgas USA
1192 Pioneer Way
El Cajon, CA 92020

AirSupply Tools Inc. dba Jeyco
7544 Trade Street
San Diego, CA 92121

American Express
PO Box 96001
Los Angeles, CA 90096

Angus Asphalt, Inc.
PO Box 711539
Santee, CA 92072

Applied Systems Associates
5270 Logan Ferry Rd.
Murrysville, PA 15668

ARC Imaging Resources
PO Box 155
616 Monterey Pass Rd
Monterey Park, CA 91754


Arrow Rebar Services
641 State Bank Colony Second Class
Capital Tower 3rd Fl.
Salem 636004, Tamilnadu, India


Asbury Steel Inc.
9102 Birch Street
Spring Valley, CA 91977


Atlas Construction Suply, Inc.
4640 Brinell St.
San Diego, CA 92110


Barnhar-Reese Construction
10805 Thornmint Rd. Ste 200
San Diego, CA 92127


Blue Star Steel Inc.
12122 Industry Rd.
Lakeside, CA 92040


BNB Builders
5825 Oberlin Dr., Ste 1
San Diego, CA 92121


Bob Turner's Crane Services Inc.
12101 Highway 67
Lakeside, CA 92040


Borrmann Metal Center
110 West Olive Ave
Burbank, CA 91502

Brian Johnson
PO Box 1000
Lakeside, CA 92040


Bristol Machine Co.
10950 Arrow RTE #4375
Rancho Cucamonga, CA 91729


Brown Strauss Stell
3727 W. Lower Buckeye Rd.
Phoenix, AZ 85009


BuildersMax
1207 N. East Street
Anaheim, CA 92805


Carroll Busniess Supply
PO Box 1425
El Cajon, CA 92022


Casa de las Campanas
c/o Ryan Carvalho & Retz LLP
8889 Rio San Diego Dr. Ste 368
San Diego, CA 92108


Cascade Steel Rolling Mills
PO Box #50530
Los Angeles, CA 90074


Cass Construction
1105 N. Marshall Ave
El Cajon, CA 92020


CCC Steel Inc.
2576 E. Victoria St.
Compton, CA 90220

CDTFA
PO Box 942879
Sacramento, CA 94279


Cement Cutting Inc.
3610 Hancock St.
San Diego, CA 92110


Cintas Corp
PO Box 29059
Phoenix, AZ 85038


CMC Metalworks Inc.
PO Box 1625
Spring Valley, CA 91979


CMC Rebar
1455 Auto Centor Dr. Ste. 200
Ontario, CA 91761


CMC Steel
11444 E. Germann Rd.
Mesa, AZ 85212


CMC Steel Fabricators Inc.
c/o Anita Chu, Esq.
1700 S. El Camino Real Ste. 150
San Mateo, CA 94402


Coast Contracting Corp


Coastal Environment Rights
aka CERF
1140 S. Coast Hwy 101
Encinitas, CA 92024

Conan Construction
5937 Darwin Ct., Ste. 103
Carlsbad, CA 92008


Concentra Health Centers
PO Box 3700
Rancho Cucamonga, CA 91729


Concrete Contractors Inter
12599 Stotler Court
Poway, CA 92064


Construction Notices Services
9520 Padgett St. #208
San Diego, CA 92126


County Motor Parts
1597 N Johnson
El Cajon, CA 92020


Crest Steel
6580 General Rd.
Riverside, CA 92509


CSC
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833


CT Corporation System
390 N. Brand Blvd., Ste. 700
Glendale, CA 91203


David Gibson
SD Regional Water Quality Cont
2375 Northside Drive, Ste 100
San Diego, CA 92108

Diamond Environmental Services
807 E. Mission Rd.
San Marcos, CA 92069


Discount Tire
9750 Mission Gorge Rd.
Santee, CA 92071


Division 5 Engineering, LLC
19591 Ranch Estates Dr.
New Caney, TX 77357


DMV
PO Box 942897
Sacramento, CA 94297


DPR Construction
5010 Shoreham Pl
San Diego, CA 92122


DPR Construction
5010 Shoreham Pl Ste. 100
San Diego, CA 92122


EC Constructors, Inc.
9834 River S.
Lakeside, CA 92040


EDCO Disposal Corp
6670 Federal Blvd.
Lemon Grove, CA 91945


EDD
Lien Group, MIC 92G
PO Box 826880
Sacramento, CA 94280

EDD
722 Capitol Mall
Sacramento, CA 95814


Eileen Sobeck
State Water Resources
PO Box 100
Sacramento, CA 95812-0110


Employee Development Departmen
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Ennis Family Realty, LLC
PO Box 1799
Lakeside, CA 92040


Enviromatrix Analyticall
3440 El Cajon
San Diego, CA 92104


Environmental Protection Agency
Attn: Michael Regan, Administrator
Office of the Administrator 1101A
1200 Pennsylvania Ave. N.W.
Washington, DC 20460


ERICO International Corp.
3138 Paysphere
Chicago, IL 60674


Ford Credit
PO Box 552679
Detroit, MI 48255


Forward Financial LLC
53 State St. Fl 20
Boston, MA 02109

Fox Capital Group LLC
641 Kingston Rd.
ON L1V3N7


Fox Capital Group LLC
641 Kingston Rd.
ON L1V3N7,


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Grating Pacific Inc.
3651 Sausalito St
Los Alamitos, CA 90720


GSE Construction
7633 Southfront Rd.
Livermore, CA 94551


Hallin & Herrera Construction
501 Via Del Norte
Oceanside, CA 92058


Harris Supply Solutions
3497 Solutions Center
Chicago, IL 60677


Hilti Inc.
PO Box 21448
Tulsa, OK 74121


Home Depot
Dept 32 - 2014717239
PO Box 9001030
Louisville, KY 40290

HSCC
PO Box 1168
Lakeside, CA 92040


I.E. Pacific, Inc.
150 West Crest St.,
Escondido, CA 92025


Industrial Metal Supply
8300 San Fernando Rd.
Sun Valley, CA 91352


Infinity Metals Inc.
600 E. Lambert Rd
La Habra, CA 90631


InteRebar Fabricators
10800 Biscayne Blvd., Ste. 870
Miami, FL 33161


Intsel Steel West
13338 Napa Street
Fontana, CA 92335


IRS
P.O. Box 7346
Philadelphia, PA 19101


Isolved Benefit Services
PO Box 889
Coldwater, MI 49036


JB Pacific
11633 Sorrento Valley Rd.
Ste. 103
San Diego, CA 92121

Jeff Highhouse
17930 Valle De Lobo Drive
Poway, CA 92064


K&S Construction
1699 La Costa Meadows Dr.
Ste 102
San Marcos, CA 92078


Konica Minolta
101 Williams Dr.
Ramsey, NJ 07446


Konica Minolta
PO Box 100706
Pasadena, CA 91189


Kyle M. Lambie
29243 N. 119th Lane
Peoria, AZ 85383


Lakeside Water District
10375 Vine Street
Lakeside, CA 92040


LeJune Bold Company
3500 West Highway 13
Burnsville, MN 55337


Level 10 Constrution, LP
1050 Enterprise Way Ste. 250
Sunnyvale, CA 94089


Level 3 Construction
1230 Keystone Way
Vista, CA 92081

Martha Guzman
US Environmental Protection
75 Hawthorne Street
San Francisco, CA 94105


Marthan Construction Corp
10108 Riverford Rd.
Lakeside, CA 92040


Matheson Cylinder Rental
635 Anita St.
Chula Vista, CA 91911


McCarthy
7901 Frost Street
San Diego, CA 92123


McMaster-Carr
PO Box 7690
Chicago, IL 60680


McNichols
PO Box 779248
Chicago, IL 60677-9248


Michael Regan
Environmental Protection
1200 Pennsylvania Ave N.W
Washington, DC 20460


Minshew Brothers Land Company
PO Box 1000
Lakeside, CA 92040


MiraCosta CCD Capital
Attn: Adam Voll
1 Barnard Dr., Bldg T120
Oceanside, CA 92056

Mobile Mini Solutions
4646 E. Van Buren St.
Phoenix, AZ 85008


National Document Solutions
PO Box 60124
City of Industry, CA 91716


National Funding
9530 Towne Centre D.
San Diego, CA 92121


Nucor Harris Rebar Southwest
12751 Vilante Rd.
Lakeside, CA 92040


Orion Construction
2185 La Mirada Dr.,
Vista, CA 92081


Orion Structural Engineering Inc.
11305 Rancho Bernardo Rd. Ste. 121
San Diego, CA 92127


Orkin
3944 Murphy Canyon Dr. Ste. C103
San Diego, CA 92123


Otay Mesaj Sales Inc.
1596 Radar Rd.
San Diego, CA 92154


Pacific Rigging Loft Inc.
1694 Main St.
San Diego, CA 92113

Palm Engineering Construction
7330 Opportunity Rd. Ste. A
San Diego, CA 92111


Palm Engineering Construction
7330 Opportunity Rd. Ste A
San Diego, CA 92111


Penske Truck Leasing Co.
4285 Camino Del Rio S.
San Diego, CA 92108


Phillips 66 Co/SYNCB
PO Box 669824
Dallas, TX 75266


Plavan Fleet
6390 Greenwich Dr. #200
San Diego, CA 92122


Quality Steel Fabricators, Inc.
13275 Gregg St.
Poway, CA 92064


R.J. Kates Welding Equipment
9176 Kearny Villa Court
San Diego, CA 92123


RDS Contracting, Inc.
12064 Woodside Ave., Ste. 102
Lakeside, CA 92040


Rebound Capital Group
344 Grove St., Unit 942
Jersey City, NJ 07302

Reliance MetalCenter National City
2100 Cleveland Ave
National City, CA 91950


RJ Nichols Construction
12119 Lakeside Ave
San Bernardino, CA 92404


Road One
9150 Chesapeake Dr., Ste. 240
San Diego, CA 92123


Rosenbach Co.
1870 Joe Crosson Dr., Ste. 200
El Cajon, CA 92020


Safety-Kleen
42 Longwater Dr.
Norwell, MA 02061


San Diego Coastkeeper
Attn David Gibson, Officer
2375 Northside Dr., Ste. 100
San Diego, CA 92108


San Diego Coastkeeper
c/o Livia Borak Beaudin
1140 South Coast Highway 101
Encinitas, CA 92024


San Diego Coastkeeper
c/o Patrick McDonough, Esq.
3900 Cleveland Ave., Ste 102
San Diego, CA 92103


San Diego Coastkeeper
Patrick McDonough
8305 Vickers St., Ste 209
San Diego, CA 92111

San Diego Galvanizing
3586 Dalbergia St.,
San Diego, CA 92113


SC Structural Steel Detaling
4750 Marblehead Bay Dr.
Oceanside, CA 92057


Sharp Health Plan
8520 Tech Way, Ste. 200
San Diego, CA 92123


SIMNSA Health Plan
2088 Otay Lakes Rd. #102
Chula Vista, CA 91913


Single Eagle dba Concerte Con
12599 Stotler Court
Poway, CA 92064


Solpac Construction
dba Soltek Pacific
San Diego, CA 92110


Soltek Pacific
2424 Congress St.
San Diego, CA 92110


SS Fabrications
3981 Garfield St.
Carlsbad, CA 92008


Stud Welding Products Inc
PO Box 68887
Seattle, WA 98168

Summit Equipment Rental
26105 Sherman Rd.
Sun City, CA 92585


Suncoast Post-Tension
509 N. Sam Houston Pkwy E Ste. 400
Houston, TX 77060


Suncoast Post-Tension
16825 Northchase Dr., #1100
Houston, TX 77060


Superior Ornamental
2256 Main St. #11
Chula Vista, CA 91911


SuperStorage Lakeside
10046 River Street
Lakeside, CA 92040


Swara Consulting Services
A Block, SY NO 54, A306 Sonestaa
Silver Oak
Bangalor Rural, K60066, Karnataka
India


SWCS, Inc.
11653 Riverside Dr. Ste. 153
Lakeside, CA 92040


Swinerton
16798 West Bernardo Dr.
San Diego, CA 92127


SWRCB
PO Box 1888
Sacramento, CA 95812

The Mcintyre Co
2817 E. Cedar St., Ste., 200
Ontario, CA 91761


The Reinalt-Thomas Corp
20225 North Scottsdale Rd.
Scottsdale, AZ 85255


The Whitin-Turner Contrat
3911 Sorrento Valey Blvd.
Ste. 100
San Diego, CA 92121


Thunder-Jones Contracting
2515 Pioneer Ave., Ste. 1
Vista, CA 92081


Totten Tubes
500 Danlee St.
Azusa, CA 91702


Tree Island Wire Inc.
5080 Hallmark Pkwy
San Bernardino, CA 92407


TRI-State Media
PO Box 335
Springboro, OH 45066


U.S. Environmental Protection
Attn Martha Guzman, Admin
75 Hawthorne St.
San Francisco, CA 94105


United Rentals
Branch 544
501 C. St
Chula Vista, CA 91910

Velocity Capital Group
333 Peasall Ave
Cedarhurst, NY 11516


Velocity Capital Group
c/o Tucker, Albin & Asso. Inc
1702 N. Collins Bl. Ste 100
Richardson, TX 75080


West Coast Iron, Inc.
9302 Jamacha Rd.
Spring Valley, CA 91977


Westair Gases & Equipment
701 Jessie St
San Fernando, CA 91340


Western Deck & Steel
616 S. Oaks Ave
Ontario, CA 91762


Western Metal Deck
616 S. Oaks Ave
Ontario, CA 91762


Wex Bank / Shell Small Business
PO Box 6293
Carol Stream, IL 60197


White Cap
430 Raleigh Ave
El Cajon, CA 92020

CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223**
**100291 CA**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>**Minshew Brothers Steel Construction, Inc.**<br><br>Debtor(s) | Bankruptcy No. |
| <br>Plaintiff(s) | Adversary No. |
| V.<br><br>Defendant(s) | [add if filed in response to hearing]<br>Date of Hearing: **0**<br>Time of Hearing:<br>Name of Judge: |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

**Minshew Brothers Steel Construction, Inc.** , a
[Name of Corporate Party]

(check one)

☑ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s):  (check one)

☐        All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any
class of the corporation's equity interests are listed below:

_____
_____
_____
_____

OR

☑        There are no corporate entities that directly or indirectly own 10% or more of any class of the
corporation's equity interest.

Dated:  *08/08/2023*                    *Brian E. Johnson*
                                                    Brian Johnson, CFO and Sole Director